IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| NORTHWESTERN CORPORATION, : | Case No. 03-12872 (JLP) |
| Reorganized Debtor. : | |
| NORTHWESTERN CORPORATION, : | |
| Plaintiff, : | Case No. 05-51063 (JLP) |
| v. : | |
| AMMONDSON, *et al.*, : | |
| Defendants. : | |

## NORTHWESTERN CORPORATION'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that NorthWestern Corporation ( "NorthWestern"), hereby appeals under 28 U.S.C. § 158(a) from the Order with Respect to Certain Supplemental Retirement Benefits [Adv. Proc. Docket No. 13].

The names of the parties to the orders appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

### Attorneys for Lester Ammondson, *et al.*

A. Clifford Edwards, Esq.
Triel D. Culver, Esq.
Edwards, Frickle, Anner-Hughes, Cook & Culver
1601 Lewis Avenue, Suite 206
Billings, Montana 59102
Telephone: 406-256-8155

Jon E. Doak
Doak & Associates, P.C.
P.O. Box 1875
Billings, Montana 59103-1875
Telephone: 406-896-8904

William David Sullivan. Esq.
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street
Suite 1110
Wilmington, DE 19801
Telephone: 302-428-3996

ATL/1108092.1

## Attorneys for the Plan Committee

Alan W. Kornberg, Esq.  
Paul Weiss Rifkin Wharton & Garrison  
1285 Avenue of the Americas  
New York, NY 10019  
Telephone: 212-373-3000

Neil B. Glassman, Esq.  
Charlene D. Davis, Esq.  
The Bayard Firm  
222 Delaware Avenue, Suite 900  
Wilmington, DE 19801  
Telephone: 302-429-4224

## Attorneys for the Ad Hoc Committee of Class 7 Debtholders

Philip Bentley, Esq.  
Matthew Williams, Esq.  
Kramer Levin Naftalis & Frankel  
919 Third Avenue  
New York, NY 10022  
Telephone: 212-715-9505

Adam G. Landis, Esq.  
Landis, Rath & Cobb, LLP  
919 Market Street, Suite 600  
Wilmington, DE 19801  
Telephone: 302-467-4416

## United States Trustee

Mark Kenney, Esq.  
844 King Street  
Suite 2313, Lockbox 35  
Wilmington, DE 19801  
Telephone: 303-573-6491

[signature on next page]

ATL/1108092.1

Dated: Wilmington, Delaware
       May 13, 2005

Respectfully submitted,

PAUL, HASTINGS, JANOFSKY & WALKER LLP
600 Peachtree Street
Suite 2400
Atlanta, GA 30308
Jesse H. Austin, III
Karol K. Denniston
Telephone: (404) 815-2400

and

GREENBERG TRAURIG, LLP

_____
Scott D. Cousins (No. 3079)
Victoria Watson Counihan (No. 3488)
William E. Chipman, Jr. (No. 3818)
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
Telephone: (302) 661-7000

*Co-Counsel for NorthWestern Corporation*

ATL/1108092.1