UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | Case No. 03-12872 (JLP) |
| | ) | |
| Reorganized Debtor. | ) | **Re: Docket No. 2730** |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-51063 (JLP) |
| | ) | |
| AMMONDSON, *et al.*, | ) | **Re: Docket Nos. 1 and 3** |
| | ) | |
| Defendants. | ) | |

**ORDER WITH RESPECT TO CERTAIN
SUPPLEMENTAL RETIREMENT BENEFITS**

For the reasons set forth in the Court's Memorandum Opinion of this date, it is hereby

**ORDERED**:

1. NOR's *Verified Complaint for (A) Declaratory Relief; (B) Injunctive Relief; and (C) Damages, Pursuant to Section 105(a) of the Bankruptcy Code* [Docket No. 1, Adv. Pro. No. 05-51063] is **DISMISSED**;

2. NOR's *Motion for Order to Show Cause Pending Hearing and Preliminary Injunction Staying State Court Action Request for Preliminary Injunction* [Docket No. 3, Adv. Pro. No. 05-51063] is **DENIED**;

3. NOR's *Second Motion (I) Authorizing Debtor to Terminate Certain Supplemental Retirement Agreements Pursuant to 11 U.S.C. Sections 105(a) and 363; (II) Seeking Allowance*

*of Certain Claims; and (III) Objecting to and Seeking to Disallow and Expunge Claim Number 825 Pursuant to 11 U.S.C. Section 502(b)(1)* [Docket No. 2730], together with the *Objection, Response and Counterclaims of Lester Ammondson, et al. to Debtor's Second Motion (I) Authorizing Debtor to Terminate Certain Agreements Pursuant to 11 U.S.C. § 105(a) and 363; (II) Seeking Allowance of Certain Claims* [Docket No. 2952], are hereby **TRANSFERRED** to Cause DV-05-97, Montana Second Judicial District Court, Butte-Silver Bow County, for resolution with the state court complaint filed by Ammondson et al. against NorthWestern Corporation *et al.* in said Cause DV-05-97; and

4. The requests for attorney's fees and costs of each party are **DENIED** in this proceeding without prejudice to each party's ability to assert their positions in the State Court Action.

Dated: May 4, 2005

_____
Honorable John L. Peterson
United States Bankruptcy Judge