TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

**Adversary Case #:** 05-51063
**Related Bankruptcy Case #:** 03-12872
**Appeal #:** AP-05-36

**Deputy Clerk Transferring Case:** Lisa M. Dunwody

**Case Type:** Adversary

**Nature of Suit:** Injunctive Relief

**Cause of Appeal:**   *Notice of Appeal Under 28 U.S.C. Section 158(a)(3) of Interlocutory Orders Entered by the Bankruptcy Court.*


**Parties:** NorthWestern Corporation v Lester E. Ammondson, Catherine Couture (As Surviving Spouse of James W. Couture), Sherwood Christensen, W. Stephen Dee, Charles Gilder, John A. Lahr, Edmond Magone, Elmer Meldahl, John S. Miller, Roger L. Rawls, C. Daniel Tregan, Allen T. Smith, George A. Thorson, John B. Vangelder, Wilhelmus C. Verbael


**Appellant Counsel:**

    **Dennis A. Meloro**
    Greenberg Traurig
    1000 West Street
    Suite 1540
    Wilmington, DE 19801
    302-661-7000
    Fax : 302-661-7360
    Email: bankruptcydel@gtlaw.com **William E. Chipman, Jr.**
    Greenberg Traurig, LLP
    1000 West Street
    Suite 1540
    Wilmington, DE 19801
    302-661-7000
    Fax : 302-661-7360
    Email: bankruptcydel@gtlaw.com

**Appellee Counsel:**

**William David Sullivan**
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street
Suite 1110
Wilmington, DE 19801
usa
302-428-5500
Fax : 302-428-3996
Email: sullivanwd@bipc.com