**CLOSE WINDOW**   **PRINT PAGE**

NORTHWESTERN CORP filed this 10-Q on 11/14/2003.

QuickLinks -- Click here to rapidly navigate through this document

# SECURITIES AND EXCHANGE COMMISSION
## WASHINGTON, D.C. 20549

# FORM 10-Q

(Mark One)

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended September 30, 2003

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from                to

Commission File No. 0-692



NorthWestern Corporation

| Delaware | 46-0172280 |
|---|---|
| (State of Incorporation) | IRS Employer Identification No. |

125 South Dakota Avenue
Sioux Falls, South Dakota 57104
(Address of principal office)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15 (d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒   No ☐

Indicate by check mark whether the registrant is an accelerated filer. Yes ☒   No ☐

Indicate the number of shares outstanding of each of the registrant's classes of common stock, as of the latest practicable date:

Common Stock, Par Value $1.75
37,680,095 outstanding at November 14, 2003

# NORTHWESTERN CORPORATION
# FORM 10-Q

## INDEX

|  |  | Page |
|---|---|---|
| **SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS** |  | 3 |
| **PART I. FINANCIAL INFORMATION** |  | 6 |
| Item 1. | Financial Statements (Unaudited) | 6 |
|  | Consolidated Balance Sheets—September 30, 2003 and December 31, 2002 | 6 |
|  | Consolidated Statements of Loss—Three and nine months ended September 30, 2003 and 2002 | 7 |
|  | Consolidated Statements of Cash Flows—Nine months ended September 30, 2003 and 2002 | 8 |
|  | Notes to Consolidated Financial Statements | 9 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 33 |
| Item 3. | Quantitative and Qualitative Disclosure about Market Risk | 60 |
| Item 4. | Controls and Procedures | 61 |
| **PART II. OTHER INFORMATION** |  | 64 |
| Item 1. | Legal Proceedings | 64 |
| Item 6. | Exhibits and Reports on Form 8-K | 67 |
| **SIGNATURES** |  | 69 |

## SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS

On one or more occasions, we may make statements in this Quarterly Report on Form 10-Q regarding our assumptions, projections, expectations, targets, intentions or beliefs about future events. All statements other than statements of historical facts, included or incorporated by reference herein relating to management's current expectations of future financial performance, continued growth, changes in economic conditions or capital markets and changes in customer usage patterns and preferences are forward looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. On September 14, 2003, NorthWestern Corporation filed a voluntary petition for relief under the provisions of Chapter 11 of the Federal Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware. Our subsidiaries, including

Expanets Inc. and Blue Dot Services, Inc., are not party to the Chapter 11 case.

Words or phrases such as "anticipates," "may," "will," "should," "believes," "estimates," "expects," "intends," "plans," "predicts," "projects," "targets," "will likely result," "will continue" or similar expressions identify forward-looking statements. Forward-looking statements involve risks and uncertainties, which could cause actual results or outcomes to differ materially from those expressed. We caution that while we make such statements in good faith and we believe such statements are based on reasonable assumptions, including without limitation, management's examination of historical operating trends, data contained in records and other data available from third parties, we cannot assure you that our projections will be achieved. Factors that may cause such differences include but are not limited to:

(i) our common equity and our trust preferred securities will likely be restructured in a manner that will eliminate or very substantially reduce any remaining value. We have previously stated that the planned sale of non-core assets, including Expanets and Blue Dot, is not expected to change our view that our common stock has no value. Accordingly, we urge that appropriate caution be exercised with respect to existing and future investments in any of our liabilities and/or securities;

(ii) our ability to successfully develop, prosecute, confirm and consummate a plan of reorganization, emerge from bankruptcy as a going concern and avoid liquidation under the U.S. Bankruptcy Code;

(iii) risks associated with third parties seeking and obtaining Bankruptcy Court approval to terminate or shorten the exclusivity period that we have to propose and confirm a plan of reorganization, for the appointment of a Chapter 11 trustee or to convert the case to a Chapter 7 case;

(iv) our ability to operate pursuant to the terms of the $100 million debtor-in-possession financing facility arranged by the company with Bank One, N.A. (the DIP Facility) and other financing and contractual arrangements;

(v) our ability to obtain Bankruptcy Court approval with respect to material motions in the Chapter 11 proceeding from time to time;

(vi) our ability to obtain the support of the official committee of unsecured creditors and other stakeholders of the company for a plan of reorganization, which may be difficult in light of our likely inability to preserve any material value in our common equity and our trust preferred securities, or satisfy a material amount of our current unsecured debt, in a plan of reorganization;

(vii) our ability to offset the negative effects that the filing for reorganization under Chapter 11 has had, or may have, on our business, management and employees including constraints placed on available capital;

3

(viii) our ability to obtain and maintain normal terms with vendors and service providers;

(ix) our ability to maintain contracts, including leases, that are critical to our operations;

(x) the potential adverse impact of the Chapter 11 case on our liquidity or results of operations;

(xi) our ability to develop a long-term strategy and our ability to fund and execute our business plan;

(xii) our ability to avoid or mitigate material uninsured monetary judgments, or other adverse judgments, against us in (1) the shareholder class action lawsuit relating to the disposition of the generating and energy-related assets by The Montana Power Company, excluding our acquisition of the electric and natural gas transmission and distribution business formerly held by The Montana Power Company, together with ERISA litigation regarding The Montana Power Company ESOP and 401(k) plan and (2) existing shareholder and derivative litigation or in any additional litigation and regulatory action,

including the possible initiation by the SEC of a formal investigation, in connection with the restatement of our 2002 quarterly financial statements, the resolution of which could have a material adverse affect on our financial condition or our ability to timely confirm a plan of reorganization;

(xiii)  our ability to consummate the sale of Expanets' assets, Blue Dot's sale of its businesses and the sale of other material non-core assets;

(xiv)  the instructions, orders and decisions of the bankruptcy court and cost and other effects of legal and administrative proceedings, settlements, investigation and claims;

**General Factors**

(xv)  our ability to fully address and correct inadequacies or material weaknesses in our internal controls and to thereafter maintain an effective internal controls structure;

(xvi)  our ability to attract, motivate and/or retain key employees;

(xvii)  potential additional adverse federal, state, or local legislation or regulation or adverse determinations by regulators, including the recent final order of the Montana Public Service Commission (MPSC) disallowing the recovery of $6.2 million of natural gas costs we incurred during the past year, and an interim order fixing the recovery price during the next year, which has had and could continue to have a material adverse affect on our liquidity, results of operations and financial condition;

(xviii)  unscheduled generation outages, maintenance or repairs which may reduce revenues or may require additional capital expenditures or other increased operating costs;

(xix)  unanticipated changes in commodity prices or in fuel supply costs or availability due to higher demand, shortages, weather conditions, transportation problems or other developments, in combination with reduced availability of trade credit, may reduce revenues or may increase operating costs, each of which would adversely affect our liquidity;

(xx)  increases in interest rates will increase our cost of borrowing;

(xxi)  adverse changes in general economic and competitive conditions in our service territories; and

(xxii)  certain other business uncertainties related to the occurrence of natural disasters, war, hostilities and the threat of terrorist actions.

We have attempted to identify, in context, certain of the factors that we believe may cause actual future experience and results to differ materially from our current expectation regarding the relevant matter or subject area. In addition to the items specifically discussed above, our business and results of

4

operations are subject to the uncertainties described under the caption "Risk Factors" which is a part of the disclosure included in Item 2 of this Report entitled "Management's Discussion and Analysis of Financial Condition and Results of Operations."

From time to time, oral or written forward-looking statements are also included in our reports on Forms 10-K, 10-Q and 8-K, Proxy Statements on Schedule 14A, press releases and other materials released to the public. Although we believe that at the time made, the expectations reflected in all of these forward-looking statements are and will be reasonable, any or all of the forward-looking statements in this report on Form 10-Q, our reports on Forms 10-K and 8-K, our Proxy Statements on Schedule 14A and any other public statements that are made by us may prove to be incorrect. This may occur as a result of inaccurate assumptions or as a consequence of known or unknown risks and uncertainties. Many factors discussed in this Quarterly Report on Form 10-Q, certain of which are beyond our control,

will be important in determining our future performance. Consequently, actual results may differ materially from those that might be anticipated from forward-looking statements. In light of these and other uncertainties, you should not regard the inclusion of a forward-looking statement in this Quarterly Report on Form 10-Q or other public communications that we might make as a representation by us that our plans and objectives will be achieved, and you should not place undue reliance on such forward-looking statements.

We undertake no obligation to publicly update or revise any forward-looking statements, whether as a result of new information, future events or otherwise. However, your attention is directed to any further disclosures made on related subjects in our subsequent annual and periodic reports filed with the Commission on Forms 10-K, 10-Q and 8-K and Proxy Statements on Schedule 14A.

---

*Unless the context requires otherwise, references to "we," "us," "our," "NorthWestern Corporation" and "NorthWestern" refer specifically to NorthWestern Corporation and its subsidiaries.*

5

---

## PART 1. FINANCIAL INFORMATION

### ITEM 1. FINANCIAL STATEMENTS

**NORTHWESTERN CORPORATION, A DEBTOR-IN-POSSESSION**
**CONSOLIDATED BALANCE SHEETS**
**(Unaudited)**
**(in thousands, except per share amounts)**

|  | September 30, 2003 | December 31, 2002 |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets:** | | |
| Cash and cash equivalents | $ 28,196 | $ 26,554 |
| Restricted cash | 46,673 | 28,039 |
| Accounts receivable, net | 90,753 | 91,807 |
| Inventories | 35,866 | 25,907 |
| Regulatory assets | 10,221 | 15,430 |
| Other | 87,132 | 53,971 |
| Assets held for sale | 30,000 | 42,665 |
| Current assets of discontinued operations | 226,732 | 275,549 |
| **Total current assets** | **555,573** | **559,922** |
| **Property, Plant, and Equipment, Net** | **1,237,553** | **1,238,050** |
| **Goodwill** | **375,798** | **375,798** |
| **Other:** | | |
| Investments | 12,146 | 85,236 |
| Regulatory assets | 198,821 | 201,075 |
| Other | 65,044 | 51,438 |
| Noncurrent assets of discontinued operations | 98,635 | 164,970 |
| **Total assets** | **$ 2,543,570** | **$ 2,676,489** |

**LIABILITIES AND SHAREHOLDERS' DEFICIT**
**Liabilities Not Subject to Compromise**
**Current Liabilities:**

| | | |
|---|---:|---:|
| Current maturities of long-term debt | $ 920,890 | $ 25,909 |
| Accounts payable | 34,713 | 49,704 |
| Accrued expenses | 116,150 | 162,524 |
| Regulatory liabilities | 4,204 | 32,236 |
| Current liabilities of discontinued operations | 218,821 | 243,551 |
| Total current liabilities | 1,294,778 | 513,924 |
| Long-term Debt | — | 1,642,522 |
| Deferred Income Taxes | 8,601 | 202 |
| Noncurrent Regulatory Liabilities | 31,642 | 35,002 |
| Other Noncurrent Liabilities | 239,125 | 487,163 |
| Noncurrent Liabilities and Minority Interests of Discontinued Operations | 17,720 | 83,003 |
| Total liabilities not subject to compromise | 1,591,866 | 2,761,816 |
| **Liabilities Subject to Compromise** | | |
| Financing Debt | 865,000 | — |
| Trade Creditors | 277,793 | — |
| Company Obligated Mandatorily Redeemable Preferred Securities of Subsidiary Trusts | 365,550 | — |
| Total liabilities subject to compromise | 1,508,343 | — |
| Total liabilities | 3,100,209 | 2,761,816 |
| Minority Interests | — | 500 |
| Company Obligated Mandatorily Redeemable Preferred Securities of Subsidiary Trusts | — | 370,250 |
| **Shareholders' Deficit:** | | |
| Common stock, par value $1.75; authorized 50,000,000 shares; issued and outstanding 37,680,095 and 37,396,762 | 65,940 | 65,444 |
| Paid-in capital | 301,348 | 304,781 |
| Treasury stock, at cost | — | (3,560) |
| Retained deficit | (919,235) | (818,605) |
| Accumulated other comprehensive loss | (4,692) | (4,137) |
| Total shareholders' deficit | (556,639) | (456,077) |
| Total liabilities and shareholders' deficit | $ 2,543,570 | $ 2,676,489 |

The accompanying notes to consolidated financial statements are an integral part of these statements.

6

---

**NORTHWESTERN CORPORATION, A DEBTOR-IN-POSSESSION**
**CONSOLIDATED STATEMENTS OF LOSS**
(Unaudited)
(in thousands, except per share amounts)

|  | Three Months Ended September 30 | | Nine Months Ended September 30 | |
| --- | --- | --- | --- | --- |
|  | 2003 | 2002 | 2003 | 2002 |
| OPERATING REVENUES | $ 235,388 | $ 184,265 | $ 759,640 | $ 537,772 |
| COST OF SALES | 121,086 | 70,687 | 405,543 | 221,085 |
| GROSS MARGIN | 114,302 | 113,578 | 354,097 | 316,687 |
| OPERATING EXPENSES |  |  |  |  |
|   Operating, general and administrative | 78,653 | 66,401 | 226,826 | 174,038 |
|   Impairment on assets held for sale | — | — | 12,399 | — |
|   Depreciation | 17,948 | 16,589 | 52,803 | 46,265 |
|   Reorganization professional fees and expenses | 174 | — | 174 | — |
| TOTAL OPERATING EXPENSES | 96,775 | 82,990 | 292,202 | 220,303 |
| OPERATING INCOME | 17,527 | 30,588 | 61,895 | 96,384 |
| Interest Expense (contractual interest of $48,026 and $129,207 for the three and nine months ended 9/30/2003) | (44,854) | (33,585) | (126,035) | (82,769) |
| Gain (Loss) on Debt Extinguishment | 3,300 | — | 3,300 | (20,688) |
| Investment Income and Other | (7,306) | 1,063 | (6,151) | (914) |
| Income (Loss) From Continuing Operations Before Income Taxes | (31,333) | (1,934) | (66,991) | (7,987) |
| Benefit (Provision) for Income Taxes | 1,646 | (1,500) | 1,145 | 4,281 |
| Income (Loss) from Continuing Operations | (29,687) | (3,434) | (65,846) | (3,706) |
| Discontinued Operations, Net of Taxes and Minority Interests | (23,053) | (51,927) | (19,839) | (111,678) |
| Net Loss | (52,740) | (55,361) | (85,685) | (115,384) |
| Minority Interests on Preferred Securities of Subsidiary Trusts | — | (7,474) | (14,945) | (21,173) |
| Dividends on Preferred Stock | — | (295) | — | (391) |
| Loss on Common Stock | $ (52,740) | $ (63,130) | $ (100,630) | $ (136,948) |
| Average Common Shares Outstanding | 37,397 | 27,397 | 37,397 | 27,397 |
| Earnings (Loss) per Average Common Share: |  |  |  |  |
|   Continuing operations | $ (0.79) | $ (0.40) | $ (2.16) | $ (0.92) |
|   Discontinued operations | (0.62) | (1.90) | (0.53) | (4.08) |
| Basic | $ (1.41) | $ (2.30) | $ (2.69) | $ (5.00) |
| Diluted Earnings (Loss) per Average Common Share: |  |  |  |  |
|   Continuing operations | $ (0.79) | $ (0.40) | $ (2.16) | $ (0.92) |
|   Discontinued operations | (0.62) | (1.90) | (0.53) | (4.08) |
| Diluted | $ (1.41) | $ (2.30) | $ (2.69) | $ (5.00) |

The accompanying notes to consolidated financial statements are an integral part of these statements.

7

## NORTHWESTERN CORPORATION, A DEBTOR-IN-POSSESSION
## CONSOLIDATED STATEMENTS OF CASH FLOWS
(Unaudited)
(in thousands)

|  | Nine Months Ended September 30 | |
|---|---:|---:|
|  | 2003 | 2002 |
| **Operating Activities:** | | |
| Net Loss | $ (85,685) | $ (115,384) |
| Items not affecting cash: | | |
|   Depreciation | 52,803 | 46,265 |
|   Loss on discontinued operations | 19,839 | 111,678 |
|   (Gain) Loss on debt extinguishment | (3,300) | 20,688 |
|   Deferred income taxes | 8,399 | (9,053) |
|   Impairment on assets held for sale | 12,399 | — |
|   Impairment of note receivable | 9,073 | — |
| Changes in current assets and liabilities: | | |
|   Restricted cash | (18,634) | (18,766) |
|   Accounts receivable | 1,054 | 30,926 |
|   Inventories | (9,959) | 12,953 |
|   Other current assets | (33,161) | 8,639 |
|   Accounts payable | (7,469) | (4,536) |
|   Accrued expenses | 24,150 | 31,674 |
| Change in regulatory assets | 7,463 | 1,391 |
| Change in regulatory liabilities | (31,392) | (2,746) |
| Other, net | (50,320) | (34,861) |
| **Cash flows provided by (used in) continuing operations** | (104,740) | 78,868 |
| Change in net assets of discontinued operations | (1,303) | (211,921) |
| **Cash flows used in operating activities** | (106,043) | (133,053) |
| **Investment Activities:** | | |
| Property, plant and equipment additions | (52,693) | (48,936) |
| Proceeds from sale of assets | 1,834 | 663 |
| Purchase of investments | (43,300) | (12,641) |
| Proceeds from sale of investments | 115,238 | — |
| Acquisitions, net of cash received | — | (502,765) |
| Proceeds from sale of discontinued operation | 6,800 | — |
| **Cash flows provided by (used in) investing activities** | 27,879 | (563,679) |
| **Financing Activities:** | | |
| Dividends on common and preferred stock | — | (26,206) |
| Minority interest on preferred securities of subsidiary trusts | (9,721) | (21,173) |
| Issuance of long-term debt | 396,938 | 719,118 |

| | | |
|---|---:|---:|
| Issuance of preferred securities of subsidiary trusts | — | 117,750 |
| Repayment of long-term debt | (24,986) | (158,687) |
| Line of credit (repayments) borrowings, net | (255,000) | 99,000 |
| Financing costs | (27,425) | (35,266) |
| Proceeds from termination of hedge | — | 24,898 |
| **Cash flows provided by financing activities** | 79,806 | 719,434 |
| **Increase in Cash and Cash Equivalents** | 1,642 | 22,702 |
| Cash and Cash Equivalents, beginning of period | 26,554 | 5,619 |
| **Cash and Cash Equivalents, end of period** | $ 28,196 | $ 28,321 |

**Supplemental Cash Flow Information:**
Cash paid (received) during the period for:

| | | |
|---|---:|---:|
| Income taxes | $ (10,199) | $ (16,325) |
| Interest | 84,065 | 63,965 |
| Reorganization professional fees and expenses | 24 | — |
| Non-cash transactions: | | |
| Debt and preferred securities of subsidiary trusts assumed in acquisition | $ — | $ 511,104 |
| Fair value of note receivable received in exchange for sale of discontinued operation | 1,400 | — |
| Assets acquired in exchange for debt | 193 | 463 |
| Discount on subordinated note | — | 2,230 |

The accompanying notes to consolidated financial statements are an integral part of these statements.

8

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

(Reference is made to Notes to Financial Statements
included in NorthWestern Corporation's Annual Report)

**(1) Management's Statement**

The consolidated financial statements for the interim periods included herein have been prepared by NorthWestern Corporation (the "Corporation", "Debtor" or "we"), a debtor-in-possession, without audit, pursuant to the rules and regulations of the Securities and Exchange Commission ("SEC"). The preparation of financial statements in conformity with accounting principles generally accepted in the United States requires management to make estimates and assumptions that may affect the reported amounts of assets, liabilities, revenues and expenses during the reporting period. Actual results could differ from those estimates. Results of operations for the interim periods are not necessarily indicative of the results to be expected for the full year, and these financial statements do not contain the detail or footnote disclosure concerning accounting policies and other matters that would be included in full fiscal year financial statements. Therefore, these financial statements should be read in conjunction with the financial statements and the notes thereto included in the Corporation's Annual Report on Form 10-K for the year ended December 31, 2002.

On September 14, 2003 (the "Petition Date"), we filed a voluntary petition for relief under the provisions of Chapter 11 of the Federal Bankruptcy Code (the Bankruptcy Code) in the United States Bankruptcy Court for the District of Delaware (Bankruptcy Court). Pursuant to Chapter 11 (as discussed further in Note 3), we retain control of our assets and are authorized to operate our business as a debtor-in-possession while being subject to the jurisdiction of the Bankruptcy Court. Included in the consolidated financial statements are subsidiaries that are not party to the Chapter 11 case and are not debtors. The assets and liabilities of such non-debtor subsidiaries are not considered to be

material to the consolidated financial statements or are included in discontinued operations.

Beginning in the third quarter of 2003, the consolidated financial statements have been prepared in accordance with the American Institute of Certified Public Accountants' Statement of Position (SOP) 90-7, "Financial Reporting by Entities in Reorganization Under the Bankruptcy Code," and on a going-concern basis, which contemplates continuity of operation, realization of assets, and liquidation of liabilities in the ordinary course of business. As a result of our Chapter 11 filing, the realization of assets and liquidation of liabilities are subject to uncertainty. Under SOP 90-7, certain liabilities existing prior to the Chapter 11 filing are classified as Liabilities Subject to Compromise on the Consolidated Balance Sheets. Additionally, professional fees and expenses directly related to the Chapter 11 proceeding and interest income on funds accumulated during the Chapter 11 proceedings are reported separately as reorganization items. Finally, the extent to which our reported interest expense differs from the stated contractual interest is disclosed on the Consolidated Statements of Loss.

**(2) Basis of Consolidation and Nature of Operations**

The accompanying consolidated financial statements include our accounts together with those of our wholly and majority-owned or controlled subsidiaries. The financial statements of Expanets, Blue Dot and CornerStone (CornerStone is only through November 1, 2002) are included in the accompanying consolidated financial statements by virtue of the voting and control rights, and therefore included in references to "subsidiaries". Expanets and Blue Dot are not party to our Chapter 11 case. All significant intercompany balances and transactions have been eliminated from the consolidated financial statements. The operations of Expanets, Blue Dot and CornerStone and our interest in these subsidiaries have been reflected in the consolidated financial statements as Discontinued Operations (see Note 6 for further discussion).

9

We are one of the largest providers of electricity and natural gas in the Upper Midwest and Northwest, serving approximately 598,000 customers in Montana, South Dakota and Nebraska. We have generated and distributed electricity in South Dakota and distributed natural gas in South Dakota and Nebraska since 1923 through our energy division, NorthWestern Energy. On February 15, 2002, we completed the acquisition of the electric and natural gas transmission and distribution business of The Montana Power Company, or Montana Power. As a result of the acquisition, from February 15, 2002 through November 15, 2002, we distributed electricity and natural gas in Montana through our wholly owned subsidiary, NorthWestern Energy, L.L.C. Effective November 15, 2002, we transferred the electric and natural gas transmission and distribution operations of NorthWestern Energy, L.L.C. to NorthWestern Corporation, and since that date, we have operated its business as part of our NorthWestern Energy division. We are operating our utility business under the common name "NorthWestern Energy" in all our service territories. The former NorthWestern Energy, L.L.C. has been renamed "Clark Fork and Blackfoot, L.L.C."

We also have made investments in three primary non-energy businesses: Expanets, Inc., or Expanets, a provider of networked communications and data services and solutions to small to mid-sized businesses nationwide; Blue Dot Services Inc., or Blue Dot, a nationwide provider of air conditioning, heating, plumbing and related services; and, through November 1, 2002, we held an economic equity interest in a subsidiary that serves as the managing general partner of CornerStone Propane Partners, L.P., or CornerStone, a publicly traded limited partnership that is a retail propane and wholesale energy related commodities distributor. The operations of Expanets, Blue Dot and CornerStone and our interest in these subsidiaries have been reflected in the consolidated financial statements as Discontinued Operations (see Note 6 for further discussion).

**(3) Chapter 11 Filing and Recent Developments**

As a result of our Chapter 11 filing, we operate our business as a "debtor-in-possession" under the jurisdiction of the Bankruptcy Court and in accordance with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and applicable court orders. All vendors are being paid for all goods furnished and services provided after the Petition Date while under the supervision of the bankruptcy court. As a debtor-in-possession, we are authorized to continue to operate as an ongoing business, but may not engage in transactions outside the ordinary course of business without the approval of the Court, after notice and an opportunity for a hearing.

On September 16, 2003, following first day hearings held on September 15, 2003, the Court entered orders granting us authority to, among other things, pay pre-petition and post-petition employee wages, salaries, benefits and other employee obligations, pay selected vendors and other providers for the post-petition delivery of goods and services, continue bank accounts and existing cash management system, and continue existing forward power contracts and enter into additional similar contracts in the ordinary course of business. Additionally, the court approved, under interim order, access of up to $50 million of the $100 million debtor-in-possession financing facility arranged by the company with Bank One, N.A. (the DIP Facility). Following hearings held on November 6, 2003, the Bankruptcy Court gave final approval to the DIP Facility and our access will increase to $85 million under this facility. A final order to evidence the Court's oral ruling is in the process of being entered. Access to the balance is subject to obtaining necessary regulatory approvals. The DIP facility bears interest at a variable rate tied to the Eurodollar rate plus a spread of 3.00% or at the prime rate plus a spread of 1.00%. The DIP Facility expires on September 18, 2004. The DIP Facility will provide a source of liquidity during the course of our bankruptcy, but requires that we maintain certain financial covenants and restricts liens, indebtedness, capital expenditures, dividend payments, sales of assets, investments and acquisitions. As of November 13, 2003, there were no amounts outstanding under the DIP facility, however we have issued letters of credit in the approximate amount of $6 million. At a hearing held on November 6, 2003, the Bankruptcy Court entered an order preliminarily enjoining prosecution of *In re NorthWestern Corporation Derivative Litigation*, Case No. 03-4091 as against

10

NorthWestern, its subsidiaries and its current and former officers and directors. The Bankruptcy Court also approved the following two stipulations (i) stipulation staying the *McGreevey, et al. v. The Montana Power Company, et al.* litigation as against NorthWestern, Clark Fork & Blackfoot LLC, the Montana Power Company, Montana Power LLC and Jack Haffey for 180 days from the date of the stipulation and (ii) stipulation staying the complaints filed against CornerStone Propane Partners LP, and other defendants purporting to be class actions which were filed in the United States District Court for the Northern District of California by purchasers of units of CornerStone Propane Partners alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 thereunder as against NorthWestern for 180 days from the date of the stipulation.

We have reached an agreement with Credit Suisse First Boston, or CSFB, and a group of lenders, to amend and restate the terms of our $390 million pre-petition credit facility, or the Amended Credit Facility. The Amended Credit Facility has been approved by the Bankruptcy Court on an interim basis and we anticipate the Bankruptcy Court will enter final approval in December 2003. The Amended Credit Facility will provide advantages to NorthWestern, including, among other things, lower interest expense and may remain outstanding upon NorthWestern's emergence from the Chapter 11 proceedings. At NorthWestern's option, the Amended Credit Facility bears interest at a variable rate tied to the Eurodollar rate, as defined in the Amended Credit Facility, plus a spread of 5.50%, or at an alternate base rate, as defined by the Amended Credit Facility, plus a spread of 3.50%. There is no longer a minimum floor for the Eurodollar rate or the alternate base rate. As a result of this amendment, we estimate annualized interest expense will be reduced by approximately $6 million.

The consolidated financial statements have been prepared on a "going concern" basis in accordance with GAAP. The "going concern" basis of presentation assumes that we will continue in operation for the foreseeable future and will be able to realize our assets and discharge our liabilities in the normal course of business. Because of the Chapter 11 case and the circumstances leading to the filing thereof, our ability to continue as a "going concern" is subject to substantial doubt and is dependent upon, among other things, confirmation of a plan of reorganization, our ability to comply with the terms of the DIP Facility, and our ability to generate sufficient cash flows from operations, asset sales and financing arrangements to meet our obligations. There can be no assurance that this can be accomplished and if it were not, our ability to realize the carrying value of our assets and discharge our liabilities would be subject to substantial uncertainty. Therefore, if the "going concern" basis were not used for the Financial Statements, then significant adjustments could be necessary to the carrying value of assets and liabilities, the revenues and expenses reported, and the balance sheet classifications used.

The Chapter 11 filing triggered defaults, or termination events, on substantially all of our debt and lease obligations, and certain contractual obligations. As such, we have classified all of our secured debt as current as of September 30, 2003. Subject to certain exceptions under the Bankruptcy Code, our Chapter 11 filing automatically enjoined, or stayed, the continuation of any judicial or administrative proceedings or other actions against us or our property to recover on, collect or secure a claim arising prior to the Petition Date. Thus, for example, creditor actions to

obtain possession of our property, or to create, perfect or enforce any lien against our property, or to collect on or otherwise exercise rights or remedies with respect to a pre-petition claim are enjoined unless and until the Bankruptcy Court lifts the automatic stay.

On November 4, 2003, we filed our schedules and statements of financial affairs with the Bankruptcy Court, setting forth, among other things, the assets and liabilities of the Company. Our schedules, which were prepared by management and are unaudited, list total assets of approximately $1.7 billion and total liabilities of approximately $2.4 billion, as of September 14, 2003. However, the amount of the claims to be filed against us by our creditors could be significantly different than the amount of the liabilities that we have recorded. We also have numerous executory contracts and other agreements that could be assumed or rejected during the Chapter 11 proceedings. In the event we

11

choose to reject an executory contract or unexpired lease, parties affected by these rejections may file claims with the court-appointed claims agent as proscribed by the Bankruptcy Code and/or orders of the Bankruptcy Court. Unless otherwise agreed, the assumption of an executory contract or unexpired lease will require us to cure all prior defaults under such executory contract or lease, including all pre-petition liabilities, some of which may be significant. We expect that liabilities that will be subject to compromise through the Chapter 11 process will arise in the future as a result of the rejection of additional executory contracts and/or unexpired leases, and from the determination of the Bankruptcy Court (or agreement by parties in interest) of allowed claims for items that we now claim as contingent or disputed. Conversely, we would expect that the assumption of additional executory contracts may convert some liabilities shown on our financial statements as subject to compromise to post-petition liabilities.

We have not yet proposed a plan of reorganization. Our "exclusivity period," during which we are the only party permitted to file a plan of reorganization extends to January 12, 2004. Absent an order of the Bankruptcy Court, substantially all pre-petition liabilities are subject to settlement under a plan of reorganization to be voted upon by our pre-petition creditors and equity investors and approved by the Bankruptcy Court. Although we expect to file a plan of reorganization that provides for our emergence from bankruptcy as a going concern, there can be no assurance at this time that a plan of reorganization will be confirmed by the Bankruptcy Court or that any such plan will be implemented successfully. We have incurred, and will continue to incur pending emergence, significant costs associated with the reorganization.

The United States Trustee for the Bankruptcy Court has appointed an official committee of unsecured creditors (the "Creditors' Committee"). The Creditors' Committee and its legal representatives have a right to be heard on all matters that come before the Bankruptcy Court. We will engage in negotiations with the Creditors' Committee over the terms of our ultimate plan of reorganization. There can be no assurance that the Creditors' Committee will support our positions or our ultimate plan of reorganization, once proposed, and disagreements between us and the Creditors' Committee could protract the Chapter 11 case, could negatively impact our ability to operate during the Chapter 11 case, and could prevent our emergence from Chapter 11.

At this time, it is not possible to predict accurately the effect of the Chapter 11 reorganization process on our business or when we may emerge from Chapter 11. The potential adverse publicity associated with the Chapter 11 filing and the resulting uncertainty regarding our future may hinder our ongoing business activities and our ability to operate, fund and execute our business plan. Such potential negative publicity may impair our relations with existing and potential customers, negatively impact our ability to attract and retain key employees, limit our ability to obtain trade credit and impair present and future relationships with vendors and service providers.

As a result of the Chapter 11 filing, the realization of assets and liquidation of liabilities are subject to uncertainty. While operating as a debtor-in-possession under the protection of the Bankruptcy Code, and while subject to Bankruptcy Court approval or otherwise as permitted in the normal course of business, we may sell or otherwise dispose of assets and liquidate or settle liabilities for amounts other than those reflected in the consolidated financial statements. Further, a plan of reorganization could materially change the amounts and classifications reported in the consolidated historical financial statements, which do not give effect to any adjustments to the carrying value of assets or amounts of liabilities that might be necessary as a consequence of confirmation of a plan of reorganization.

Our future results depend on the timely and successful confirmation and implementation of a plan of reorganization. Under the system of priorities of claim established by the Bankruptcy Code, unless creditors agree

otherwise, pre- and post-petition liabilities must be satisfied in full before shareholders are entitled to receive any distribution or retain any property under a plan. The ultimate recovery to creditors and/or holders of our common stock and trust preferred securities, if any, will not be

12

determined until confirmation of a plan of reorganization. No assurance can be given as to what values, if any, will be ascribed in the bankruptcy proceedings to each of these constituencies, and it is probable that our common equity and trust preferred securities will be restructured in a manner that will eliminate or substantially reduce any remaining value. The value of these securities, therefore, is highly speculative. We have previously stated that our planned sale of non-core assets is not expected to change our view that our common stock has no value as a result of our bankruptcy filing and that the interests of our equity investors will be cancelled in connection with our reorganization. Accordingly, we urge that appropriate caution be exercised with respect to existing and future investments in any of our liabilities and/or securities.

On September 15, 2003, in connection with our Chapter 11 filing the New York Stock Exchange (NYSE) suspended trading and subsequently delisted our common stock and all series of our trust preferred securities. On October 10, 2003, the SEC issued an order granting the application of the New York Stock Exchange ("NYSE") to delist our common stock and trust preferred securities. As a result of the delisting of our securities, there can be no assurance that a liquid trading market for those securities will continue.

NorthWestern, Expanets, NorthWestern Growth Corporation and NorthWestern Capital Corporation have entered into an Asset Purchase and Sale Agreement, dated as of October 29, 2003, with Avaya, Inc. (NYSE: AV) in connection with the sale of substantially all of the assets and business of Expanets. Under the terms of the agreement, Avaya will purchase substantially all of the Expanets assets for $152 million in cash, less payment of an outstanding note of approximately $27 million to a third party, certain working capital adjustments, the payment of transaction costs and certain other excluded liabilities. We currently estimate that we will receive net cash proceeds ranging between $70 and $80 million. Expanets engaged Bear, Stearns & Co. to conduct an auction of the Expanets business subject to auction procedures defined in a purchase agreement with Cerberus California, Inc. At the auction held on October 29, 2003, the final bid by Avaya was accepted by Expanets. NorthWestern, as controlling shareholder, has consented to the transaction. Expanets will continue operations in the ordinary course of business until the transaction is closed. The closing is expected to occur prior to the end of November, 2003, subject to the satisfaction of certain conditions. Included in discontinued operations during the third quarter of 2003 is a charge of approximately $30 million to reduce our investment in Expanets to amounts expected to be realized on disposal.

We are also attempting to sell other non-core assets, including the Montana First Megawatts generation project, and we are seeking to enforce an existing contract to sell certain Colstrip transmission assets to a third party. In an effort to facilitate the timely sale of the Montana First Megawatts project and its ultimate development at its current location in Great Falls, MT, we filed the power sales agreement with the Federal Energy Regulatory Commission (FERC) on August 18, 2003, requesting that the FERC accept for filing the cost-based power sales agreement between Montana Megawatts I, LLC and its affiliate, NorthWestern Energy. A late motion to intervene and protest was filed by the Montana Public Service Commission (MPSC) and the Montana Consumer Counsel (MCC). On October 17, 2003, the FERC issued an order conditionally accepting the power sales agreement, subject to suspension for a designated period, to permit resolution of certain concerns voiced by the MPSC and MCC in their filing. We are currently working with the MPSC, MCC, FERC staff and the FERC-appointed settlement judge to resolve the documented MPSC and MCC concerns in a timely manner. During the second quarter of 2003, we consummated the sale of one non-core business for cash consideration of $6.6 million and a note receivable of $4.7 million (see Note 6 for further discussion).

(4) Acquisition

On February 15, 2002, we completed the asset acquisition of Montana Power's energy transmission and distribution business for $478.0 million in cash and the assumption of $511.1 million in existing

13

debt and mandatorily redeemable preferred securities of subsidiary trusts (net of cash received). Acquisition costs were approximately $24.8 million. We completed this acquisition to expand our presence in the energy market. As a result of the acquisition, we are now a provider of natural gas and electricity to approximately 598,000 customers in Montana, South Dakota and Nebraska. Results of our Montana operations have been included in the accompanying consolidated financial statements since the effective date of the acquisition.

The following unaudited pro forma results of consolidated operations for the nine months ended September 30, 2002, give effect as if the acquisition had occurred as of January 1, 2002 (in thousands, except per share amounts):

|  | Nine Months Ended September 30, 2002 |
|---|---|
| Revenues | $ 601,735 |
| Net Loss | (106,165) |
| Diluted loss per share | $ (4.68) |

The pro forma results are not necessarily indicative of what actually would have occurred if the acquisition had been completed as of the beginning of the period, nor are they necessarily indicative of future consolidated results.

**(5) Goodwill**

A summary of changes in our goodwill for the nine months ended September 30, 2003 by business segment, is as follows (in thousands):

|  | Electric and Natural Gas |
|---|---|
| Balance as of December 31, 2002 | $ 375,798 |
| Goodwill acquired | — |
| Balance as of September 30, 2003 | $ 375,798 |

We determined that our Chapter 11 bankruptcy filing constitutes an event that may reduce the fair value of our reporting unit below its carrying value. Therefore we have retained a third party to assist us in completing a goodwill impairment test as required by SFAS No. 142, *Goodwill and Other Intangible Assets*. Our impairment testing is currently in process and, while we have not yet completed our analysis, an impairment charge may be necessary during the fourth quarter of 2003.

**(6) Discontinued Operations**

During the second quarter of 2003, we committed to a plan to sell our interest in Expanets and Blue Dot. In accordance with SFAS No. 144, *Accounting for the Impairment or Disposal of Long-Lived Assets,* we classified the results of operations of Expanets and Blue Dot as discontinued operations.

NorthWestern, NorthWestern Capital Corporation, NorthWestern Growth Corporation and Expanets have entered into an Asset Purchase and Sale Agreement with Avaya, Inc. (NYSE: AV) in connection with the sale of substantially all of the assets and business of Expanets. Under the terms of the agreement, Avaya will purchase substantially all of the Expanets assets for $152 million in cash, less items discussed in Note 3. We currently estimate that we will receive net cash proceeds ranging between $70 and $80 million. Expanets engaged Bear, Stearns & Co. to conduct an auction of the Expanets business subject to auction procedures defined in a purchase agreement with Cerberus California, Inc. At the auction held on October 29, 2003, the final bid by Avaya was accepted by Expanets. NorthWestern, as controlling shareholder, has consented to the transaction. Expanets will continue operations in the ordinary course of business until the transaction is closed. The closing is

expected to occur prior to the end of November, 2003, subject to the satisfaction of certain conditions. During the third quarter of 2003, we recognized an estimated loss on disposal of $30 million based on the terms of the transaction.

Summary financial information for the discontinued Expanets operations is as follows (in thousands):

|  | September 30, 2003 | December 31, 2002 |
|---|---|---|
| Accounts receivable, net | $ 87,624 | $ 101,990 |
| Other current assets | 62,475 | 72,170 |
| Current assets of discontinued operations | $ 150,099 | $ 174,160 |
| Other noncurrent assets of discontinued operations | $ 97,913 | $ 155,781 |
| Accounts payable | $ 38,096 | $ 34,735 |
| Other current liabilities | 124,030 | 125,066 |
| Current liabilities of discontinued operations | $ 162,126 | $ 159,801 |
| Other noncurrent liabilities of discontinued operations | $ 12,767 | $ 71,971 |

|  | Three months ended | |
|---|---|---|
|  | September 30, 2003 | September 30, 2002 |
| Revenues | $ 163,054 | $ 172,263 |
| Loss before income taxes and minority interests | (7,264) | (12,124) |
| Estimated loss on disposal | (30,000) | — |
| Income tax benefit (provision) | (1,381) | 13,406 |
| Loss from discontinued operations, net of income taxes and minority interests | $ (38,645) | $ 1,282 |

|  | Nine months ended | |
|---|---|---|
|  | September 30, 2003 | September 30, 2002 |
| Revenues | $ 491,721 | $ 546,905 |
| Income (Loss) before income taxes and minority interests | 7,091 | (57,878) |
| Estimated loss on disposal | (30,000) | — |
| Minority interests | — | 11,152 |
| Income tax benefit (provision) | (1,634) | 30,977 |

Loss from discontinued operations, net of income taxes and minority