IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NORTHWESTERN CORPORATION, ) | Case No. 03-12872 (JLP) |
| ) | |
| Debtor. ) | |
| ) | |

## MOTION FOR ADMISSION PRO HAC VICE OF A. CLIFFORD EDWARDS

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of A. Clifford Edwards, Esquire of the law firm of Edwards, Frickle, Anner-Hughes, Cook & Culver, to represent Lester E. Ammondson, Catherine Couture, Sherwood Christensen, W. Stephen Dee, Charles Gilder, John A. Lahr, Edmond Magone, Elmer Meldahl, John S. Miller, Roger L. Rawls, C. Daniel Regan, Allen T. Smith, George A. Thorson, John B. Van Gelder and Wilhelmus C. Verbael in the above-referenced bankruptcy matter.

Dated: April 29, 2005

BUCHANAN INGERSOLL PC

/s/ William D. Sullivan
William D. Sullivan (No. 2820)
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, Delaware 19801
(302) 428-5500

Counsel for Lester Ammondson, *et al.*

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's Motion for Admission pro hac vice is granted.

Dated: April 29, 2005

Hon. John L. Peterson
United States Judge

1