IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NORTHWESTERN CORPORATION, <br><br> Reorganized Debtor. | Chapter 11 <br><br> Case No. 03-12872 (JLP) |
| NORTHWESTERN CORPORATION, <br><br> Plaintiff, <br> v. <br><br> LESTER E. AMMONDSON, CATHERINE COUTURE (AS SURVIVING SPOUSE OF JAMES W. COUTURE), SHERWOOD CHRISTENSEN, W. STEPHEN DEE, CHARLES GILDER, JOHN A. LAHR, EDMOND MAGONE, ELMER MELDAHL, JOHN S. MILLER, ROGER L. RAWLS, C. DANIEL REGAN, ALLEN T. SMITH, GEORGE A. THORSON, JOHN B. VAN GELDER, AND WILHELMUS C. VERBAEL, <br><br> Defendants. | Adv. Pro No. 05-51063 <br><br><br><br><br><br><br><br><br><br> Relates to Docket No. 1, 3, 4, 5, 6, 7, & 8 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE  §
                   § SS:
NEW CASTLE COUNTY  §

I, Carolyn B. Fox, hereby certify that I am at least 18 years of age and that I am employed by the firm Greenberg Traurig LLP, attorneys for the Reorganized Debtor, and I caused copies of the following documents to be served upon the below listed counsel as follows:

On Monday, April 25th, 2005 I served copies of the following in the manner indicated:

- Verified Complaint for (A) Declaratory Relief; (B) Injunctive Relief; and (C) Damages, Pursuant to Section 105(a) of the Bankruptcy Code Verified Complaint for (A) Declaratory Relief; (B) Injunctive Relief; and (C) Damages, Pursuant to Section 105(a) of the Bankruptcy Code [Docket No. 1]; and

- Plaintiff Northwestern Corporation's Motion for Order to Show Cause Pending Hearing and Preliminary Injunction Staying State Court Action [Docket No. 3]; and

- Memorandum of Law in Support of Its Motion for an Order to Show Cause Pending Hearing and Preliminary Injunction Staying State Court Action [Docket No. 4]; and

- Proposed Form of Order to Show Cause [Docket No. 5]; and

- Proposed Form of Order re: Granting Preliminary Injunction [Docket No. 6]; and

- Motion to Shorten Time for Notice and Response [Docket No. 7]; on

A. Clifford Edwards
Edwards Frickle Anner-Hughes & Cook
1601 Lewis Avenue, Suite 206
Billings, MT 59104-0039
*Via Federal Express - Overnight*

On Thursday, April 28, 2005 I served copies of the following in the manner indicated:

- Order (I) To Show Cause Why Defendants Should Not Be Enjoined From Continued Prosecution Of The State Court Action; (II) To Compel Appearance At May 3, 2005 Hearing; and (III) Staying All Proceedings Before The Montana Second Judicial District Court, Butte-Silver Bow County [Docket No. 8]; on

A. Clifford Edwards
Edwards Frickle Anner-Hughes & Cook
1601 Lewis Avenue, Suite 206
Billings, MT 59104-0039
*Via Facsimile And Federal Express - Overnight*

Additionally, on April 28, 2005 I served copies of the following in the manner indicated:

- Verified Complaint for (A) Declaratory Relief; (B) Injunctive Relief; and (C) Damages, Pursuant to Section 105(a) of the Bankruptcy Code Verified Complaint for (A) Declaratory Relief; (B) Injunctive Relief; and (C) Damages, Pursuant to Section 105(a) of the Bankruptcy Code [Docket No. 1]; and

- Plaintiff Northwestern Corporation's Motion for Order to Show Cause Pending Hearing and Preliminary Injunction Staying State Court Action [Docket No. 3]; and

- Memorandum of Law in Support of Its Motion for an Order to Show Cause Pending Hearing and Preliminary Injunction Staying State Court Action [Docket No. 4]; and

- Proposed Form of Order to Show Cause [Docket No. 5]; and

- Proposed Form of Order re: Granting Preliminary Injunction [Docket No. 6]; and

- Motion to Shorten Time for Notice and Response [Docket No. 7]; and
- Order (I) To Show Cause Why Defendants Should Not Be Enjoined From Continued Prosecution Of The State Court Action; (II) To Compel Appearance At May 3, 2005 Hearing; and (III) Staying All Proceedings Before The Montana Second Judicial District Court, Butte-Silver Bow County [Docket No. 8]; on

William D. Sullivan
Buchanan Ingersoll, P.C.
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236
*Via Hand Delivery*

Dated: April 29, 2005

_____
Carolyn B. Fox

STATE OF DELAWARE      )
                       ) ss.:
COUNTY OF NEW CASTLE   )

The foregoing instrument was acknowledged before me this 29th day of April in the year 2005 by Carolyn B. Fox, who is personally known to me.

Notary: _____

NOTARY SEAL

My commission expires:

DONA K. KINTZ
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 28, 2___