IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br> NORTHWESTERN CORPORATION, <br> Reorganized Debtor. | Chapter 11 <br> Case No. 03-12872 (JLP) |
| NORTHWESTERN CORPORATION, <br> Plaintiff, <br> v. <br> LESTER E. AMMONDSON, CATHERINE COUTURE (AS SURVIVING SPOUSE OF JAMES W. COUTURE), SHERWOOD CHRISTENSEN, W. STEPHEN DEE, CHARLES GILDER, JOHN A. LAHR, EDMOND MAGONE, ELMER MELDAHL, JOHN S. MILLER, ROGER L. RAWLS, C. DANIEL REGAN, ALLEN T. SMITH, GEORGE A. THORSON, JOHN B. VAN GELDER, AND WILHELMUS C. VERBAEL, <br> Defendants. | Adv. Pro No. 05-51063 <br><br> Relates to Docket No. 3 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE §
§ SS:
NEW CASTLE COUNTY §

I, Carolyn B. Fox, hereby certify that I am at least 18 years of age and that I am employed by the firm Greenberg Traurig LLP, attorneys for the Reorganized Debtor, and that on the 25th day of April, 2005 I caused copies of the following documents to be served upon the below listed counsel as follows:

- Motion to Shorten Time for Notice and Response [Related Docket No. 3];
- Exhibit – Proposed Form of Order re: Granting Preliminary Injunction [Related Docket No. 3];
- Memorandum of Law in Support of Its Motion for an Order to Show Cause Pending Hearing and Preliminary Injunction Staying State Court Action [Related Docket No. 3];

- Proposed Form of Order to Show Cause [Related Docket No. 3];
- Motion for Preliminary Injunction – Plaintiff Northwestern Corporation's Motion for Order to Show Cause Pending Hearing and Preliminary Injunction Stay State Court Action [Docket No. 3]; and
- Verified Complaint for (A) Declaratory Relief; (B) Injunctive Relief; and (C) Damages, Pursuant to Section 105(a) of the Bankruptcy Code [Docket No. 3002].

*Via Federal Express - Overnight*
A. Clifford Edwards
Edwards Frickle Anner-Hughes & Cook
1601 Lewis Avenue, Suite 206
Billings, MT 59104-0039

Dated: May 9, 2005

_____
Carolyn B. Fox

STATE OF DELAWARE      )
                       ) ss.:
COUNTY OF NEW CASTLE   )

The foregoing instrument was acknowledged before me this 6th day of May in the year 2005 by Carolyn B. Fox, who is personally known to me.

NOTARY SEAL            Notary: _____

DONA K. KINTZ
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 28, 2006