# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NORTHWESTERN CORPORATION, | : Bankr. Case No.  03-12872 (JLP) |
| | : |
| Debtor. | : |
| | : |
| NORTHWESTERN CORPORATION, | : Civil Case No. 05-00444 (JJF) |
| | : |
| Appellant, | : |
| | : |
| v. | : |
| | : |
| LESTER E. AMMONDSON, et al., | : |
| | : |
| Appellee. | : |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that  William E. Chipman, Jr., Esquire is no longer with the firm of Greenberg Traurig, LLP, counsel for Appellant, Northwestern Corporation, and hereby should be removed from all service lists as counsel to Northwestern Corporation.

PLEASE ENTER the appearances of Victoria W. Counihan, Esquire and Dennis A. Meloro, Esquire of Greenberg Traurig, LLP as counsel for Northwestern Corporation.

Dated: January 26, 2006         GREENBERG TRAURIG, LLP

/s/ Victoria W. Counihan
Victoria W. Counihan (No. 3488)
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE  19801
(302) 661-7000

CERTIFICATE OF SERVICE

I, Victoria W. Counihan, hereby certify that on the 26th day of January, 2006, a true and correct copy of the *Notice of Withdrawal and Substitution of Counsel* was served upon the party listed below via First Class, United States Mail.

> William D. Sullivan, Esq.
> Buchanan Ingersoll PC
> The Nemours Building
> 1007 North Orange Street, Suite 1110
> Wilmington DE 19801
> (Counsel to Appellees)

Dated: January 26, 2006

/s/ Victoria W. Counihan
Victoria W. Counihan (No. 3488)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000