

**CONRAD O'BRIEN GELLMAN & ROHN, PC**

Louis C. Bechtle
*Attorney at Law*
Direct Dial: 215.864.8060
Direct Fax: 215.864.0060
lbechtle@cogr.com

February 24, 2006

Ms. Monica Mosely
Secretary to the Clerk of Court
United States District Court for the
    District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 27
Wilmington, DE 19801

        RE:      NorthWestern Corp. v. Ammondson, et al.
                  Civil Action No 05-444-JJF

Dear Ms. Mosely:

      The purpose of this letter is to advise that all mediation efforts in this matter should be considered as concluded so that a briefing schedule on the issues before the court can be set forth with.

      An extensive mediation effort was made to resolve this matter in November 19, 2005 and since that time, there has been no movement on the original initiatives for positions of the parties that were expressed during that mediation. Accordingly, further delay at this time in the expectation of a successful mediation is not warranted. I do believe that the positions of the parties regarding a settlement of this matter were exchanged and at least expressed for consideration, but without success. I am sure those efforts will ultimately contribute to a settlement of this matter.

Sincerely,

Louis C. Bechtle

LCB/jrw
Cc: William Sullivan, Esquire
     Victoria Counihan, Esquire

1515 Market Street · 16th Floor · Philadelphia, PA 19102-1916 · T: 215.864.9600 · F: 215.864.9620 · www.cogr.com