IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : |
| NORTHWESTERN CORP. | : Bankruptcy Case 03-12872 (JLP) |
| | : |
| Debtors. | : |
| _____ | |
| NORTHWESTERN CORP., | : |
| | : |
| Appellant, | : |
| | : |
| v. | : Civil Action No. 05-444 JJF |
| | : |
| LESTER E. AMMONDSON, et al. | : |
| | : |
| Appellees. | : |

**O R D E R**

WHEREAS, the above-captioned Bankruptcy Appeal was referred to mediation on July 11, 2005;

WHEREAS, by letter, the Court has been notified that the appeal was not resolved through mediation (D.I. 9);

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall adhere to the following briefing schedule unless an otherwise agreed upon schedule is filed within fifteen (15) days of the date of this Order:

Appellants Opening Brief on appeal shall be filed within **fifteen (15) days** of the date of this Order.

Answering Brief on appeal shall be filed within **fifteen (15) days** of receipt of opening brief.

Reply Brief on appeal shall be filed within **ten (10) days** of receipt of answering brief.

February 28, 2006
DATE

UNITED STATES DISTRICT JUDGE