IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTHWESTERN CORPORATION,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 03-12872 (JLP) |
| NORTHWESTERN CORPORATION,<br><br>Appellant,<br>v.<br><br>LESTER E. AMMONDSON, CATHERINE COUTURE (AS SURVIVING SPOUSE OF JAMES W. COUTURE), SHERWOOD CHRISTENSEN, W. STEPHEN DEE, CHARLES GILDER, JOHN A. LAHR, EDMOND MAGONE, ELMER MELDAHL, JOHN S. MILLER, ROGER L. RAWLS, C. DANIEL REGAN, ALLEN T. SMITH, GEORGE A. THORSON, JOHN B. VAN GELDER, AND WILHELMUS C. VERBAEL,<br><br>Appellee. | Case No. 05-CV-00444-JJF |

**EMERGENCY MOTION OF APPELLANT NORTHWESTERN
CORPORATION FOR ADDITIONAL TIME TO FILE OPENING BRIEF**

Appellant NorthWestern Corporation ("Appellant"), by and through its undersigned counsel, hereby moves this Court to extend the time in which it must file its opening brief in this case from March 15, 2006 to April 21, 2006. In support of this request, Appellant states as follows:

1. To date, Greenberg Traurig, LLP has represented Appellant as Delaware counsel in this pending appeal. Lead counsel for Appellant is no longer representing Appellant

1

in the appeal and therefore Greenberg Traurig will be taking over prosecuting the appeal going forward.

2. On or about February 28, 2006, this Court issued an order (the "Scheduling Order") setting a briefing schedule with Appellant's opening brief due fifteen days from the date of the Scheduling Order (March 15, 2006), Appellee's answering brief due fifteen days from the receipt of the opening brief (March 30, 2006) and Appellant's reply brief due ten days from receipt of the answering brief (April 10, 2006), unless the parties agree to an alternative schedule as set forth in the Scheduling Order.

3. Counsel for Appellant who is working on the appeal and will be preparing Appellant's briefs is scheduled to be in depositions during the week of March 13 and the week of March 20 and will be traveling between Boston and Chicago, West Palm Beach and New York for those depositions. Thereafter, that counsel has a summary judgment brief due April 4 for the same case, which is pending in the United States District Court for the District of Massachusetts. Accordingly, Appellant requests an extension to file its opening brief to April 21, 2006, which would give its counsel sufficient time to familiarize herself with the record on appeal and prepare an opening brief for this matter.

4. Appellant has contacted counsel for Appellees to request an agreed upon extension of the deadline for Appellant to file its opening brief, but Appellee is only willing to provide an extension through March 30, 2006. Accordingly, Appellant respectfully requests that this Court grant this Emergency Motion and extend the deadlines for briefing so that the opening brief is due on April 21, 2006.

5. Pursuant to D. Del. LR 16.5, the undersigned counsel hereby certifies that a copy of this Motion has been sent to Appellant and counsel for Appellees.

Dated: Wilmington, Delaware
March 10, 2006

GREENBERG TRAURIG, LLP

*/s/ Victoria W. Counihan*

Victoria Watson Counihan (No. 3488)
Dennis Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 661-7000

- and -

GREENBERG TRAURIG, LLP
Annapoorni Sankaran
One International Place
20th Floor
Boston, MA 02110

***Counsel for NorthWestern Corporation***[1]

---

[1] Paul, Hastings, Janofsky & Walker LLP is no longer representing NorthWestern Corporation in connection with the above-captioned appeal (the "Appeal") and the underlying motion (the "Motion") giving rise to the Appeal. Paul Hastings has been threatened with impending litigation in connection with the Motion. In order to avoid the appearance of a conflict, even though there is no actual conflict, Paul Hastings has withdrawn from representation of NorthWestern Corporation in connection with this matter.