IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTHWESTERN CORPORATION,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 03-12872 (JLP) |
| NORTHWESTERN CORPORATION,<br><br>Appellant,<br>v.<br><br>LESTER E. AMMONDSON, CATHERINE COUTURE (AS SURVIVING SPOUSE OF JAMES W. COUTURE), SHERWOOD CHRISTENSEN, W. STEPHEN DEE, CHARLES GILDER, JOHN A. LAHR, EDMOND MAGONE, ELMER MELDAHL, JOHN S. MILLER, ROGER L. RAWLS, C. DANIEL REGAN, ALLEN T. SMITH, GEORGE A. THORSON, JOHN B. VAN GELDER, AND WILHELMUS C. VERBAEL,<br><br>Appellee. | Case No. 05-CV-00444-JJF |

**ORDER GRANTING EMERGENCY MOTION OF APPELLANT NORTHWESTERN CORPORATION FOR ADDITIONAL TIME TO FILE OPENING BRIEF**

Upon the emergency motion (the "Motion") of Appellant NorthWestern Corporation ("Appellant") to extend the time in which it must file its opening brief in this case from March 15, 2006 to April 21, 2006; and the Court having reviewed the Motion; and after due deliberation and sufficient cause appearing therefore, IT IS HEREBY

ORDERED, that the Motion is granted; and it is further

ORDERED, that Appellant's Opening Brief on appeal shall be filed on or before April 21, 2006; Answering Brief on appeal shall be filed within fifteen (15) days of receipt of opening brief; and Reply Brief on appeal shall be filed within ten (10) days of receipt of answering brief.

Dated: _____                                  _____
                                                          United States District Judge