IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTHWESTERN CORPORATION,<br><br>　　　　Reorganized Debtor. | Chapter 11<br><br>Case No. 03-12872 (JLP) |
| NORTHWESTERN CORPORATION,<br><br>　　　　Appellant,<br>　v.<br><br>LESTER E. AMMONDSON, CATHERINE COUTURE (AS SURVIVING SPOUSE OF JAMES W. COUTURE), SHERWOOD CHRISTENSEN, W. STEPHEN DEE, CHARLES GILDER, JOHN A. LAHR, EDMOND MAGONE, ELMER MELDAHL, JOHN S. MILLER, ROGER L. RAWLS, C. DANIEL REGAN, ALLEN T. SMITH, GEORGE A. THORSON, JOHN B. VAN GELDER, AND WILHELMUS C. VERBAEL,<br><br>　　　　Appellee. | Case No. 05-CV-00444-JJF |

## CERTIFICATE OF SERVICE

　　　I, Victoria W. Counihan, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, which is counsel for the Appellant, and on the 10th day of March 2006, I caused copies of the *Emergency Motion for Additional Time to File Opening Brief* to be served upon the parties listed below in the manner indicated.

A. Clifford Edwards
Edwards Frickle Anner-Hughes & Cook
1601 Lewis Avenue, Suite 206
Billings, MT  59104-0039
*Via Federal Express and Facsimile*

Jon Doak, Esq.
Doak & Associates, PC
100 North 27th Street, Suite 200
Billings, Montana 59103-1875
*Via Federal Express and Facsimile*

William D. Sullivan
Buchanan Ingersoll, P.C.
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE  19801
*Via Hand Delivery and Facsimile*

Dated: March 10, 2006

　　　　　　　　　　　　　　　　　　/s/ Victoria W. Counihan
　　　　　　　　　　　　　　　　　　Victoria W. Counihan (No. 3488)
　　　　　　　　　　　　　　　　　　Greenberg Traurig, LLP
　　　　　　　　　　　　　　　　　　1007 North Orange Street, Suite 1200
　　　　　　　　　　　　　　　　　　The Nemours Building
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801