**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **NORTHWESTERN CORPORATION,** | ) | **Case No. 03-12872 (JLP)** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| **NORTHWESTERN CORPORATION,** | ) | **Civ.Action No. 05-444 (JJF)** |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **LESTER E. AMMONDSON,** *et al.,* | ) | |
| | ) | |
| Appellees. | ) | |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, do hereby certify that on the 13th day of March, 2006, I served a copy of the foregoing *Retirees' Response In Opposition To The Emergency Motion Of Appellant Northwestern Corporation For Additional Time To File Opening Brief* on counsel of record for Northwestern Corporation, as follows:

*Via Hand Delivery*

Victoria Watson Counihan, Esq.
Dennis A. Meloro, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

　　　　　　　　　　　　　　　　　　*/s/   William D. Sullivan*
　　　　　　　　　　　　　　　　　　　　　William D. Sullivan