IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTHWESTERN CORPORATION,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 03-12872 (JLP) |
| NORTHWESTERN CORPORATION,<br><br>Appellant,<br>v.<br><br>LESTER E. AMMONDSON, CATHERINE COUTURE (AS SURVIVING SPOUSE OF JAMES W. COUTURE), SHERWOOD CHRISTENSEN, W. STEPHEN DEE, CHARLES GILDER, JOHN A. LAHR, EDMOND MAGONE, ELMER MELDAHL, JOHN S. MILLER, ROGER L. RAWLS, C. DANIEL REGAN, ALLEN T. SMITH, GEORGE A. THORSON, JOHN B. VAN GELDER, AND WILHELMUS C. VERBAEL,<br><br>Appellee. | Case No. 05-CV-00444-JJF |

## STIPULATION AND ORDER GRANTING ADDITIONAL TIME TO FILE OPENING BRIEF

Appellant NorthWestern Corporation ("Appellant") and the above-captioned appellees (the "Appellees"), by and through their undersigned counsel, hereby stipulate to the extension of the briefing deadlines set forth in the February 28, 2006 order of this Court setting a briefing schedule in this matter, as follows:

1. Appellant's opening brief on appeal shall be filed on or before March 30, 2006.

2. Appellee's answering brief on appeal shall be filed within thirty (30) days of receipt of the opening brief.

1

3.  Appellant's reply brief on appeal shall be filed within ten (10) days of receipt of the answering brief.

4.  None of the deadlines set forth in this Stipulation shall prejudice the Appellant's request for additional time to file its opening brief through April 21, 2006, which is currently pending before the Court pursuant to the Emergency Motion of Appellant Northwestern Corporation for Additional Time to File Opening Brief, and to which counsel for Appellees has filed an opposition.

Dated: March 15, 2006

| GREENBERG TRAURIG, LLP | BUCHANAN INGERSOLL, P.C. |
|---|---|
| /s/ Victoria W. Counihan | /s/ William D. Sullivan |
| Victoria Watson Counihan (No. 3488) | William D. Sullivan (No. 2820) |
| Dennis Meloro (No. 4435) | The Nemours Building |
| The Nemours Building | 1007 North Orange Street, Suite 1110 |
| 1007 North Orange Street, Suite 1200 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Telephone: (302) 428-5500 |
| Telephone: (302) 661-7000 | |
| ***Counsel for NorthWestern Corporation*** | ***Counsel for Ammondson, et al.*** |

SO ORDERED this _____ day of _____, 2006

_____
United States District Judge

2

#757471-v1