IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| NORTHWESTERN CORP., | : |
| | : Bankruptcy No. 03-12872 (JLP) |
| Debtor. | : |
| | : |
| NORTHWESTERN CORP., | : |
| | : |
| Appellant, | : |
| | : |
| v. | : Civil Action No. 05-444-JJF |
| | : |
| LESTER E. AMMONDSON, et al., | : |
| | : |
| Appellees. | : |

**O R D E R**

WHEREAS, Appellant, Northwestern Corporation, has filed an "Emergency" Motion for Additional Time to File Opening Brief (D.I. 11)

WHEREAS, Appellees oppose the motion stating that a five week extension may cause them substantial prejudice with respect to fees and expenses (D.I. 12, p. 2)

WHEREAS, the parties have entered into a stipulation which allows Appellant an extension of time to file its opening brief until March 30, 2006 (D.I. 14);

WHEREAS, the Court finds that the Appellant's request for an extension of time is not unreasonable and will not unduly prejudice Appellees' interests;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The "Emergency" Motion Of Appellant Northwestern

Corporation For Additional Time To File Opening Brief (D.I. 11) is **GRANTED**.

    2) Appellant shall file its Opening Brief on Appeal no later than **April 21, 2006**.

    3) Answering and Reply Briefs shall be filed in accordance with the Stipulation (D.I. 14) agreed upon by the parties.

March 17, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE