IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTHWESTERN CORPORATION,<br><br>    Reorganized Debtor. | Chapter 11<br><br>Case No. 03-12872 (KJC) |
| NORTHWESTERN CORPORATION,<br><br>    Appellant,<br>v.<br><br>LESTER E. AMMONDSON, CATHERINE COUTURE (AS SURVIVING SPOUSE OF JAMES W. COUTURE), SHERWOOD CHRISTENSEN, W. STEPHEN DEE, CHARLES GILDER, JOHN A. LAHR, EDMOND MAGONE, ELMER MELDAHL, JOHN S. MILLER, ROGER L. RAWLS, C. DANIEL REGAN, ALLEN T. SMITH, GEORGE A. THORSON, JOHN B. VAN GELDER, AND WILHELMUS C. VERBAEL,<br><br>    Appellee. | Case No. 05-CV-00444-JJF |

## CERTIFICATE OF SERVICE

I, Victoria W. Counihan, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, which is counsel for the Appellant, and on the 20th day of March 2006, I caused copies of the *Order Granting Extension of Time to File Opening Brief* [Docket No. 15] to be served upon the parties listed below via First Class, United States Mail.

A. Clifford Edwards
Edwards Frickle Anner-Hughes & Cook
1601 Lewis Avenue, Suite 206
Billings, MT 59104-0039

William D. Sullivan
Buchanan Ingersoll, P.C.
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801

Jon Doak, Esq.
Doak & Associates, PC
100 North 27th Street, Suite 200
Billings, Montana 59103-1875

Dated: March 20, 2006

            */s/ Victoria W. Counihan*
            Victoria W. Counihan (No. 3488)
            Greenberg Traurig, LLP
            1007 North Orange Street, Suite 1200
            The Nemours Building
            Wilmington, DE 19801