IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTHWESTERN CORPORATION,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 03-12872 (KJC) |
| NORTHWESTERN CORPORATION,<br><br>Appellant,<br>v.<br><br>LESTER E. AMMONDSON, CATHERINE COUTURE (AS SURVIVING SPOUSE OF JAMES W. COUTURE), SHERWOOD CHRISTENSEN, W. STEPHEN DEE, CHARLES GILDER, JOHN A. LAHR, EDMOND MAGONE, ELMER MELDAHL, JOHN S. MILLER, ROGER L. RAWLS, C. DANIEL REGAN, ALLEN T. SMITH, GEORGE A. THORSON, JOHN B. VAN GELDER, AND WILHELMUS C. VERBAEL,<br><br>Appellee. | Case No. 05-CV-00444-JJF |

**APPELLANT NORTHWESTERN CORPORATION'S
<u>MOTION FOR ORDER DISMISSING APPEAL</u>**

Appellant and Reorganized Debtor NorthWestern Corporation ("NorthWestern"), by and through its undersigned counsel, hereby moves pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure for an order: (i) voluntarily dismissing the above-captioned appeal with each side to bear its own fees and costs; and (ii) granting such other relief that the Court deems proper.

In support of this motion, NorthWestern relies upon its accompanying Memorandum of Law and Affidavit of Wayne Harper submitted herewith.

Dated: Wilmington, Delaware
       April 21, 2006

>                                Respectfully submitted,
>
>                                GREENBERG TRAURIG, LLP
>
>                                _____
>                                Victoria Watson Counihan (No. 3488)
>                                Dennis A. Meloro (No. 4435)
>                                The Nemours Building
>                                1007 North Orange Street, Suite 1200
>                                Wilmington, DE 19801
>                                Telephone: (302) 661-7000
>
>                                *Counsel for NorthWestern Corporation*

bos-fs1\WorcesterC\188546v01\5Z4201_.DOC\4/19/06

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTHWESTERN CORPORATION,<br><br>　　　Reorganized Debtor. | Chapter 11<br><br>Case No. 03-12872 (KJC) |
| NORTHWESTERN CORPORATION,<br><br>　　　Appellant,<br>　　v.<br><br>LESTER E. AMMONDSON, CATHERINE COUTURE (AS SURVIVING SPOUSE OF JAMES W. COUTURE), SHERWOOD CHRISTENSEN, W. STEPHEN DEE, CHARLES GILDER, JOHN A. LAHR, EDMOND MAGONE, ELMER MELDAHL, JOHN S. MILLER, ROGER L. RAWLS, C. DANIEL REGAN, ALLEN T. SMITH, GEORGE A. THORSON, JOHN B. VAN GELDER, AND WILHELMUS C. VERBAEL,<br><br>　　　Appellee. | Case No. 05-CV-00444-JJF |

## ORDER DISMISSING APPELLANT'S APPEAL

This matter having come before the Court on the motion of appellant and reorganized debtor NorthWestern Corporation for an Order Dismissing its Appeal (the "Motion"), after due deliberation and for good cause shown:

**The Court Hereby Finds That:**

For the reasons set forth in the Motion, that Appellant's appeal has been rendered moot requiring dismissal of its appeal.

**NOW, THEREFORE, IT IS HEREBY:**

**ORDERED**, that Appellant's Motion to Dismiss its Appeal is GRANTED; and it is further

**ORDERED**, that each party will bear their own costs and fees.


Dated _____, 2006
Wilmington, Delaware

                                           _____
                                           The Honorable Joseph J. Farnan
                                           United States District Court Judge

bos-fs1\WorcesterC\188658v01\5Z7Y01_.DOC\4/20/06