IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : <br> : <br> NORTHWESTERN CORPORATION, : <br> : <br> Reorganized Debtor. : <br> : | Chapter 11 <br><br> Case No. 03-12872 (KJC) |
| NORTHWESTERN CORPORATION, : <br> : <br> Appellant, : <br> v. : <br> : <br> LESTER E. AMMONDSON, CATHERINE : <br> COUTURE (AS SURVIVING SPOUSE OF : <br> JAMES W. COUTURE), SHERWOOD : <br> CHRISTENSEN, W. STEPHEN DEE, CHARLES : <br> GILDER, JOHN A. LAHR, EDMOND MAGONE, : <br> ELMER MELDAHL, JOHN S. MILLER, ROGER : <br> L. RAWLS, C. DANIEL REGAN, ALLEN T. : <br> SMITH, GEORGE A. THORSON, JOHN B. VAN : <br> GELDER, AND WILHELMUS C. VERBAEL, : <br> : <br> Appellee. : | Case No. 05-CV-00444-JJF |

**AFFIDAVIT OF WAYNE W. HARPER**

I, Wayne W. Harper, upon my oath depose and say as follows:

1. I am assistant Senior counsel to NorthWestern Corporation, and make this affidavit based upon my own knowledge and belief.

2. In late November 2005 and early December 2005, NorthWestern sent a letter to each of the Appellees with a copy to their lawyers in the above-captioned lawsuit regarding their supplemental retirement benefit contracts with the Montana Power Company which NorthWestern had assumed when it purchased the transmission and distribution business of the Montana Power Company.

1

3. At that time, NorthWestern informed each of the Appellees that NorthWestern was paying all amounts owed under each individual's supplemental retirement contract as well as providing accrued interest on that amount in the amount of 6% per annum.

4. NorthWestern also informed each of the Appellees that NorthWestern would continue to make payments to them pursuant to the terms of each of their contracts. NorthWestern has continued to make the contractual payments as provided for in each of the supplemental retirement contracts at issue in this appeal.

5. Attached as Exhibit A is a true and accurate copy of the letter sent to Lester E. Ammondson in which NorthWestern enclosed payment for all outstanding amounts owed under his supplemental retirement agreement, plus interest at the rate of six (6) percent, and agreed to continue to make payments under the terms of the agreement.

6. Attached as Exhibit B is a true and accurate copy of the letter sent to Catherine Couture in which NorthWestern enclosed payment for all outstanding amounts owed under her husband's supplemental retirement agreement, plus interest at the rate of six (6) percent, and agreed to continue to make payments under the terms of the agreement.

7. Attached as Exhibit C is a true and accurate copy of the letter sent to Sherwood Christensen in which NorthWestern enclosed payment for all outstanding amounts owed under his supplemental retirement agreement, plus interest at the rate of six (6) percent, and agreed to continue to make payments under the terms of the agreement.

8. Attached as Exhibit D is a true and accurate copy of the letter sent to W. Stephen Dee in which NorthWestern enclosed payment for all outstanding amounts owed under his supplemental retirement agreement, plus interest at the rate of six (6) percent, and agreed to continue to make payments under the terms of the agreement.

9. Attached as Exhibit E is a true and accurate copy of the letter sent to Charles Gilder in which NorthWestern enclosed payment for all outstanding amounts owed under his supplemental retirement agreement, plus interest at the rate of six (6) percent, and agreed to continue to make payments under the terms of the agreement.

10. Attached as Exhibit F is a true and accurate copy of the letter sent to John Lahr in which NorthWestern enclosed payment for all outstanding amounts owed under his supplemental retirement agreement, plus interest at the rate of six (6) percent, and agreed to continue to make payments under the terms of the agreement.

11. Attached as Exhibit G is a true and accurate copy of the letter sent to Edmond Magone in which NorthWestern enclosed payment for all outstanding amounts owed under his supplemental retirement agreement, plus interest at the rate of six (6) percent, and agreed to continue to make payments under the terms of the agreement.

12. Attached as Exhibit H is a true and accurate copy of the letter sent to Elmer Meldahl in which NorthWestern enclosed payment for all outstanding amounts owed under his supplemental retirement agreement, plus interest at the rate of six (6) percent, and agreed to continue to make payments under the terms of the agreement.

13. Attached as Exhibit I is a true and accurate copy of the letter sent to John Miller in which NorthWestern enclosed payment for all outstanding amounts owed under his supplemental retirement agreement, plus interest at the rate of six (6) percent, and agreed to continue to make payments under the terms of the agreement.

14. Attached as Exhibit J is a true and accurate copy of the letter sent to Roger Rawls in which NorthWestern enclosed payment for all outstanding amounts owed under his

supplemental retirement agreement, plus interest at the rate of six (6) percent, and agreed to continue to make payments under the terms of the agreement.

15. Attached as Exhibit K is a true and accurate copy of the letter sent to C. Daniel Regan in which NorthWestern enclosed payment for all outstanding amounts owed under his supplemental retirement agreement, plus interest at the rate of six (6) percent, and agreed to continue to make payments under the terms of the agreement.

16. Attached as Exhibit L is a true and accurate copy of the letter sent to Allen T. Smith in which NorthWestern enclosed payment for all outstanding amounts owed under his supplemental retirement agreement, plus interest at the rate of six (6) percent, and agreed to continue to make payments under the terms of the agreement.

17. Attached as Exhibit M is a true and accurate copy of the letter sent to George Thorson in which NorthWestern enclosed payment for all outstanding amounts owed under his supplemental retirement agreement, plus interest at the rate of six (6) percent, and agreed to continue to make payments under the terms of the agreement.

18. Attached as Exhibit N is a true and accurate copy of the letter sent to John B. Van Gelder in which NorthWestern enclosed payment for all outstanding amounts owed under his supplemental retirement agreement, plus interest at the rate of six (6) percent, and agreed to continue to make payments under the terms of the agreement.

19. Attached as Exhibit O is a true and accurate copy of the letter sent to Wilhelmus Verbael in which NorthWestern enclosed payment for all outstanding amounts owed under his supplemental retirement agreement, plus interest at the rate of six (6) percent, and agreed to continue to make payments under the terms of the agreement.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 21ST DAY OF APRIL, 2006.

_____
W. Wayne Harper