# EXHIBIT A

# NorthWestern™
# Energy

NorthWestern Corporation
d/b/a NorthWestern Energy
40 East Broadway St,
Butte, MT 59701
Telephone: (406) 497-3000
Facsimile: (406) 497-2535
www.northwesternenergy.com

November 29, 2005

LESTER E. AMMONDSON
3920 FOX FARM RD
MISSOULA, MT 59802-3009

Dear Mr. AMMONDSON,

Subject: Executive Supplemental Retirement Agreement

Please be informed that effective January 3, 2006, a monthly payment of $2,338.44 will be made to you and will continue thereafter in accordance with the terms of your agreement.   These payments will be made in the same manner, either direct deposit or by check, as your current pension payment. If you would prefer this payment and your pension to be made through a direct deposit an Authorization for Automatic Deposit form is enclosed.  Please note that both payments must be in the same form.

Unless we hear differently from you we will withhold state and federal taxes at the default status for regular earnings of a single person with no exemptions on the above monthly payments. If you prefer to withhold a different amount please find enclosed a Form W-4. Also enclosed is a Form W-4P if you would like to change your pension payment withholding for the 2006 tax year. Please complete the appropriate forms and return them in the enclosed postage paid envelope or fax them to (406) 497-2083.  Changes must be received by December 15, 2005, to be effective for the January 2006 payment.

Also enclosed with this letter please find a check or pay advice for the gross amount of $28,832.97. This payment represents the twelve monthly payments for 2005 plus 6% interest on 11 payments that were not made earlier this year, minus state and federal taxes.  A worksheet displaying the calculation of the gross amount is enclosed.  Federal and state taxes will be withheld at the supplemental rate of 25% Federal and 6% Montana.  The state withholding may vary based on your state of residence.

If you have any questions or would like to adjust the tax withholdings or means that your monthly payments are made please do not hesitate to contact us at 1(888) 236-6656.

Your counsel has been notified of this action.

Sincerely,

Keith Kovash

cc:     Mr. Cliff Edwards

## Lester E. Ammondson
## Top Hat Contract
## 2005 Principal and Interest Calculation

| Month | Payment | Months of Interest | Amount of Interest | Total |
|---|---|---|---|---|
| January | $ 2,338.44 | 11 | $ 128.61 | $ 2,467.05 |
| Febuary | $ 2,338.44 | 10 | $ 116.92 | $ 2,455.36 |
| March | $ 2,338.44 | 9 | $ 105.23 | $ 2,443.67 |
| April | $ 2,338.44 | 8 | $ 93.54 | $ 2,431.98 |
| May | $ 2,338.44 | 7 | $ 81.85 | $ 2,420.29 |
| June | $ 2,338.44 | 6 | $ 70.15 | $ 2,408.59 |
| July | $ 2,338.44 | 5 | $ 58.46 | $ 2,396.90 |
| August | $ 2,338.44 | 4 | $ 46.77 | $ 2,385.21 |
| September | $ 2,338.44 | 3 | $ 35.08 | $ 2,373.52 |
| October | $ 2,338.44 | 2 | $ 23.38 | $ 2,361.82 |
| November | $ 2,338.44 | 1 | $ 11.69 | $ 2,350.13 |
| December | $ 2,338.44 | 0 | $ - | $ 2,338.44 |
| Total | $ 28,061.28 | | $ 771.69 | $ 28,832.97 |

```
|3920 FOX FARM RD          FED        00  Wrk: MT  19-2
|MISSOULA MT 59802-0009    MT         00  Res: MT  PAY PERIOD: 12/01/2005
                                          CHK DATE: 12/01/2005                    |NET PAY
                                                                                  |DETAIL
```

| | GROSS | - | PRE-TAX | = | TAXABLE | - | TAXES | +/- | POST-TAX | - | ADJUSTMENTS | = | NET PAY | 19,894.73 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CURR | 28832.97 | - | 0.00 | = | 28832.97 | - | 8938.24 | +/- | 0.00 | - | | = | 19,894.73 | |
| YTD | 28832.97 | - | 0.00 | = | 28832.97 | - | 8938.24 | +/- | 0.00 | - | | = | 19,894.73 | |

| PRE-TAX DEDS | CURRENT | YTD | EARNINGS | HOURS | CURRENT |
|---|---|---|---|---|---|
| | | | Top Hat Payment | | 28,832.97 |
| | | | Total Employee Earnings | | 28,832.97 |

| POST-TAX DED/PAY | CURRENT | YTD |
|---|---|---|

| LEAVE ACCRUALS | HOURS REMAINING |
|---|---|

| TAXES | CURRENT | YTD | ADJUSTMENTS |
|---|---|---|---|
| FED | | | |
| TX Withholding T | 7,208.24 | 7,208.24 | |
| State    MT | | | |
| TX Withholding T | 1,730.00 | 1,730.00 | |
| Total Taxes | 8,938.24 | 8,938.24 | MEMO |

| NON-CASH TAXABLE | CURRENT | YTD |
|---|---|---|

NorthWestern Corporation
d/b/a NorthWestern Energy
40 East Broadway
Butte, MT 59701

US Bank
usbank.com
24-842/280

NorthWestern
Energy

12/01/2005

**THIS IS NOT A CHECK**

THIS IS NOT A CHECK

```
3920 FOX FARM RD
MISSOULA MT 59802-0009
```

# EXHIBIT B

# NorthWestern™
## Energy

NorthWestern Corporation
d/b/a NorthWestern Energy
40 East Broadway St,
Butte, MT 59701
Telephone: (406) 497-3000
Facsimile: (406) 497-2535
www.northwesternenergy.com

November 29, 2005

CATHERINE COUTURE
981 N COUTURE LOOP
ARLEE, MT 59821-9429

Dear Mrs. COUTURE,

Subject: Executive Supplemental Retirement Agreement

Please be informed that effective January 3, 2006, a monthly payment of $618.32 will be made to you and will continue thereafter in accordance with the terms of your agreement.    These payments will be made in the same manner, either direct deposit or by check, as your current pension payment. If you would prefer this payment and your pension to be made through a direct deposit an Authorization for Automatic Deposit form is enclosed. Please note that both payments must be in the same form.

Unless we hear differently from you we will withhold state and federal taxes at the default status for regular earnings of a single person with no exemptions on the above monthly payments. If you prefer to withhold a different amount please find enclosed a Form W-4. Also enclosed is a Form W-4P if you would like to change your pension payment withholding for the 2006 tax year. Please complete the appropriate forms and return them in the enclosed postage paid envelope or fax them to (406) 497-2083.  Changes must be received by December 15, 2005, to be effective for the January 2006 payment.

Also enclosed with this letter please find a check or pay advice for the gross amount of $7,623.89. This payment represents the twelve monthly payments for 2005 plus 6% interest on 11 payments that were not made earlier this year, minus state and federal taxes. A worksheet displaying the calculation of the gross amount is enclosed.  Federal and state taxes will be withheld at the supplemental rate of 25% Federal and 6% Montana.  The state withholding may vary based on your state of residence.

If you have any questions or would like to adjust the tax withholdings or means that your monthly payments are made please do not hesitate to contact us at 1(888) 236-6656.

Your counsel has been notified of this action.

Sincerely,

Keith Kovash

cc:    Mr. Cliff Edwards

```
| 981 N COUTURE LOOP                                    MT          00   Res: MT  PAY PERIOD: 12/01/2005 -       |
| ARLEE MT  59821-9429          MT                                       CHK DATE: 12/01/2005                   |
|                                                                                                  | NET PAY   |
|                                                                                                  | DETAIL    |
|          GROSS   -  PRE-TAX =  TAXABLE -   TAXES  +/- POST-TAX - ADJUSTMENTS = NET PAY           | 5,260.92  |
| CURR.:  7623.89  -   0.00  =  7623.89  -  2362.97 +/-   0.00  -              =  5,260.92          |           |
| YTD  :  7623.89  -   0.00  =  7623.89  -  2362.97 +/-   0.00  -              =  5,260.92          |           |
```

| PRE-TAX DEDS | CURRENT | YTD | EARNINGS | HOURS | CURRENT |
|---|---|---|---|---|---|
| | | | Top Hat Payment | | 7,623.89 |
| | | | Total Employee Earnings | | 7,623.89 |

| POST-TAX DED/PAY | CURRENT | YTD |
|---|---|---|

| LEAVE ACCRUALS | HOURS REMAINING |
|---|---|

| TAXES | CURRENT | YTD |
|---|---|---|
| FED | | |
| TX Withholding T | 1,905.97 | 1,905.97 |
| State     MT | | |
| TX Withholding T | 457.00 | 457.00 |
| Total Taxes | 2,362.97 | 2,362.97 |

ADJUSTMENTS

| NON-CASH TAXABLE | CURRENT | YTD |
|---|---|---|

MEMO

**NorthWestern** Energy

NorthWestern Corporation
d/b/a NorthWestern Energy
40 East Broadway
Butte, MT  59701

US Bank
usbank.com
1464/1230

12/01/2005

THIS IS NOT A CHECK

THIS IS NOT A CHECK

CATHERINE COUTURE
981 N COUTURE LOOP
ARLEE MT  59821-9429

## Catherine Couture
## Top Hat Contract
## 2005 Principal and Interest Calculation

| Month | Payment | Months of Interest | Amount of Interest | Total |
|---|---|---|---|---|
| January | $ 618.32 | 11 | $ 34.01 | $ 652.33 |
| Febuary | $ 618.32 | 10 | $ 30.92 | $ 649.24 |
| March | $ 618.32 | 9 | $ 27.82 | $ 646.14 |
| April | $ 618.32 | 8 | $ 24.73 | $ 643.05 |
| May | $ 618.32 | 7 | $ 21.64 | $ 639.96 |
| June | $ 618.32 | 6 | $ 18.55 | $ 636.87 |
| July | $ 618.32 | 5 | $ 15.46 | $ 633.78 |
| August | $ 618.32 | 4 | $ 12.37 | $ 630.69 |
| September | $ 618.32 | 3 | $ 9.27 | $ 627.59 |
| October | $ 618.32 | 2 | $ 6.18 | $ 624.50 |
| November | $ 618.32 | 1 | $ 3.09 | $ 621.41 |
| December | $ 618.32 | 0 | $ - | $ 618.32 |
| Total | $ 7,419.84 | | $ 204.05 | $ 7,623.89 |

THIS IS NOT A CHECK.

THIS IS NOT A CHECK

# EXHIBIT C

# NorthWestern
## Energy

NorthWestern Corporation
d/b/a NorthWestern Energy
40 East Broadway St,
Butte, MT  59701
Telephone: (406) 497-3000
Facsimile: (406) 497-2535
www.northwesternenergy.com

November 29, 2005

SHERWOOD  CHRISTENSEN
3840 RIM ROCK RD   APT 2005
BILLINGS, MT  59102

Dear Mr. CHRISTENSEN,

Subject: Executive Supplemental Retirement Agreement

Please be informed that effective January 3, 2006, a monthly payment of $1,051.17 will be made to you and will continue thereafter in accordance with the terms of your agreement.    These payments will be made in the same manner, either direct deposit or by check, as your current pension payment. If you would prefer this payment and your pension to be made through a direct deposit an Authorization for Automatic Deposit form is enclosed.  Please note that both payments must be in the same form.

Unless we hear differently from you we will withhold state and federal taxes at the default status for regular earnings of a single person with no exemptions on the above monthly payments.  If you prefer to withhold a different amount please find enclosed a Form W-4.  Also enclosed is a Form W-4P if you would like to change your pension payment withholding for the 2006 tax year.  Please complete the appropriate forms and return them in the enclosed postage paid envelope or fax them to (406) 497-2083.  Changes must be received by December 15, 2005, to be effective for the January 2006 payment.

Also enclosed with this letter please find a check or pay advice for the gross amount of $12,960.93. This payment represents the twelve monthly payments for 2005 plus 6% interest on 11 payments that were not made earlier this year, minus state and federal taxes.  A worksheet displaying the calculation of the gross amount is enclosed.  Federal and state taxes will be withheld at the supplemental rate of 25% Federal and 6% Montana.  The state withholding may vary based on your state of residence.

If you have any questions or would like to adjust the tax withholdings or means that your monthly payments are made please do not hesitate to contact us at 1(888) 236-6656.

Your counsel has been notified of this action.

Sincerely,

Keith Kovash

cc:    Mr. Cliff Edwards

```
| 3840                                                                              |
| BILLINGS MT   59102        MT        00   Res: MT  PAY PERIOD: 12/01/2005 -        | ---------
|                                                   CHK DATE: 12/01/2005            |
|                                                                                   | NET PAY
| ----------------------------------------------------------------------------------| DETAIL
|         GROSS  -  PRE-TAX =  TAXABLE  -   TAXES   +/-  POST-TAX - ADJUSTMENTS = NET PAY | 8,942.70
| CURR.: 12960.93 -    0.00 = 12960.93 -  4018.23 +/-    0.00  -            = 8,942.70 |
| YTD :  12960.93 -    0.00 = 12960.93 -  4018.23 +/-    0.00  -            = 8,942.70 |
```

| PRE-TAX DEDS | CURRENT | YTD | EARNINGS | HOURS | CURRENT |
|---|---|---|---|---|---|
| | | | Top Hat Payment | | 12,960.93 |
| | | | | | ---------- |
| | | | Total Employee Earnings | | 12,960.93 |

| POST-TAX DED/PAY | CURRENT | YTD |
|---|---|---|

| LEAVE ACCRUALS | HOURS REMAINING |
|---|---|

| TAXES | | CURRENT | YTD | | ADJUSTMENTS |
|---|---|---|---|---|---|
| FED | | | | | |
| TX Withholding T | | 3,240.23 | 3,240.23 | | |
| State   MT | | | | | |
| TX Withholding T | | 778.00 | 778.00 | | |
| | | --------- | --------- | | |
| Total Taxes | | 4,018.23 | 4,018.23 | | MEMO |

| NON-CASH TAXABLE | CURRENT | YTD |
|---|---|---|

**NorthWestern Energy**    NorthWestern Corporation
d/b/a NorthWestern Energy
40 East Broadway
Butte, MT 59701

12/01/2005

PAY TO THE
ORDER OF:

THIS IS NOT A CHECK

THIS IS NOT A CHECK

SHERWOOD CHRISTENSEN
3840 RIM ROCK RD APT 2005
BILLINGS MT  59102

# Sherwood Christensen
## Top Hat Contract
### 2005 Principal and Interest Calculation

| Month | Payment | Months of Interest | Amount of Interest | Total |
|---|---|---|---|---|
| January | $ 1,051.17 | 11 | $ 57.81 | $ 1,108.98 |
| Febuary | $ 1,051.17 | 10 | $ 52.56 | $ 1,103.73 |
| March | $ 1,051.17 | 9 | $ 47.30 | $ 1,098.47 |
| April | $ 1,051.17 | 8 | $ 42.05 | $ 1,093.22 |
| May | $ 1,051.17 | 7 | $ 36.79 | $ 1,087.96 |
| June | $ 1,051.17 | 6 | $ 31.54 | $ 1,082.71 |
| July | $ 1,051.17 | 5 | $ 26.28 | $ 1,077.45 |
| August | $ 1,051.17 | 4 | $ 21.02 | $ 1,072.19 |
| September | $ 1,051.17 | 3 | $ 15.77 | $ 1,066.94 |
| October | $ 1,051.17 | 2 | $ 10.51 | $ 1,061.68 |
| November | $ 1,051.17 | 1 | $ 5.26 | $ 1,056.43 |
| December | $ 1,051.17 | 0 | $ - | $ 1,051.17 |
| Total | $ 12,614.04 | | $ 346.89 | $ 12,960.93 |

THIS IS NOT A CHECK

# EXHIBIT D

# NorthWestern
## Energy

NorthWestern Corporation
d/b/a NorthWestern Energy
40 East Broadway St,
Butte, MT  59701
Telephone: (406) 497-3000
Facsimile: (406) 497-2535
www.northwesternergy.com

November 29, 2005


STEPHEN  DEE
PO BOX 483
CANYON CREEK, MT  59633

Dear Mr. DEE,

Subject: Executive Supplemental Retirement Agreement

Please be informed that effective January 3, 2006, your annual payment for the above agreement
will be made to you and will continue thereafter in accordance with the terms of your agreement.
If you would prefer this payment to be made through a direct deposit an Authorization for
Automatic Deposit form is enclosed.

Unless we hear differently from you we will withhold state and federal taxes at the default status
for regular earnings of a single person with no exemptions on the above monthly payments.  If you
prefer to withhold a different amount please find enclosed a Form W-4.  Please complete and return
in the enclosed postage paid envelope or fax to (406) 497-2083.  Changes must be received by
December 15, 2005, to be effective for the January 2006 payment.

Also enclosed with this letter please find a check for the gross amount of $14,859.15. This payment
represents the January 2005 payment plus 6% interest, minus state and federal taxes.  A worksheet
displaying the calculation of the gross amount is enclosed.  Federal and state taxes will be withheld
at the supplemental rate of 25% Federal and 6% Montana.  The state withholding may vary based
on your state of residence.

If you have any questions or would like to adjust the tax withholdings or means that your monthly
payments are made please do not hesitate to contact us at 1(888) 236-6656.

Your counsel has been notified of this action.


Sincerely,


Keith Kovash

cc:      Mr. Cliff Edwards

```
|W STEPHEN DEE            SSN: XXX-XX-0912      Emp#   3806      NORTHWESTERN ENERGY   |
|PO BOX 483               FED Marrd. 00    Wrk: MT                                    |
|CANYON CREEK MT  59633   MT  Marrd. 00    Res: MT  PAY PERIOD: 12/01/2005 -          |
|                                                   CHK DATE:   12/01/2005            |
|                                                                          |NET PAY   |
|--------------------------------------------------------------------------|DETAIL    |
|         GROSS  -  PRE-TAX = TAXABLE - TAXES  +/-  POST-TAX - ADJUSTMENTS = NET PAY |10,252.36|
|CURR.: 14859.15 -   0.00 = 14859.15 - 4606.79 +/-   0.00 -            = 10,252.36  |
|YTD  : 14859.15 -   0.00 = 14859.15 - 4606.79 +/-   0.00 -            = 10,252.36  |
|----------------------------------------------------------------------------------|
|PRE-TAX DEDS        CURRENT      YTD  | EARNINGS                   HOURS    CURRENT |
|                                      |Top Hat Payment                    14,859.15 |
|                                      |                                             |
|                                      |Total Employee Earnings             14,859.15 |
|                                      |                                             |
|POST-TAX DED/PAY    CURRENT      YTD  |                                             |
```

|              | TAXES           | CURRENT  | YTD      |
|--------------|-----------------|----------|----------|
|              | FED             |          |          |
|              | TX Withholding T | 3,714.79 | 3,714.79 |
|              | State    MT     |          |          |
|              | TX Withholding T | 892.00   | 892.00   |
|              | Total Taxes     | 4,606.79 | 4,606.79 |

```
|LEAVE ACCRUALS      HOURS REMAINING   |                              ADJUSTMENTS  |
|NON-CASH TAXABLE    CURRENT      YTD  |                              MEMO        |
```

**NorthWestern Energy**

NorthWestern Corporation
d/b/a NorthWestern Energy
40 East Broadway
Butte MT 59701

US Bank
usabank.com
24-84/1230

10638289
12/01/2005

PAY TO THE
ORDER OF      W STEPHEN DEE                              $   ***10,252.36

***TEN THOUSAND TWO HUNDRED FIFTY-TWO & 36/100 ***                DOLLARS

W STEPHEN DEE
PO BOX 483
CANYON CREEK MT  59633

### Stephen Dee
### Top Hat Contract
### 2005 Principal and Interest Calculation

| Month | Payment | Months of Interest | Amount of Interest | Total |
|---|---|---|---|---|
| January | $14,084.50 | 11 | $   774.65 | $ 14,859.15 |
| Febuary | $        - | 10 | $        - | $        - |
| March | $        - | 9 | $        - | $        - |
| April | $        - | 8 | $        - | $        - |
| May | $        - | 7 | $        - | $        - |
| June | $        - | 6 | $        - | $        - |
| July | $        - | 5 | $        - | $        - |
| August | $        - | 4 | $        - | $        - |
| September | $        - | 3 | $        - | $        - |
| October | $        - | 2 | $        - | $        - |
| November | $        - | 1 | $        - | $        - |
| December | $        - | 0 | $        - | $        - |
| **Total** | $   14,084.50 | | $   774.65 | $ 14,859.15 |

# EXHIBIT E

# NorthWestern™
# Energy

NorthWestern Corporation
d/b/a NorthWestern Energy
40 East Broadway St,
Butte, MT 59701
Telephone: (406) 497-3000
Facsimile: (406) 497-2535
www.northwesternenergy.com

November 29, 2005

CHUCK J. GILDER
221 ASPEN LOOP
BUTTE, MT 59701-3968

Dear Mr. GILDER,

Subject: Executive Supplemental Retirement Agreement

Please be informed that effective January 3, 2006, a monthly payment of $199.92 will be made to you and will continue thereafter in accordance with the terms of your agreement. These payments will be made in the same manner, either direct deposit or by check, as your current pension payment. If you would prefer this payment and your pension to be made through a direct deposit an Authorization for Automatic Deposit form is enclosed. Please note that both payments must be in the same form.

Unless we hear differently from you we will withhold state and federal taxes at the default status for regular earnings of a single person with no exemptions on the above monthly payments. If you prefer to withhold a different amount please find enclosed a Form W-4. Also enclosed is a Form W-4P if you would like to change your pension payment withholding for the 2006 tax year. Please complete the appropriate forms and return them in the enclosed postage paid envelope or fax them to (406) 497-2083. Changes must be received by December 15, 2005, to be effective for the January 2006 payment.

Also enclosed with this letter please find a check or pay advice for the gross amount of $2,465.01. This payment represents the twelve monthly payments for 2005 plus 6% interest on 11 payments that were not made earlier this year, minus state and federal taxes. A worksheet displaying the calculation of the gross amount is enclosed. Federal and state taxes will be withheld at the supplemental rate of 25% Federal and 6% Montana. The state withholding may vary based on your state of residence.

If you have any questions or would like to adjust the tax withholdings or means that your monthly payments are made please do not hesitate to contact us at 1(888) 236-6656.

Your counsel has been notified of this action.

Sincerely,

Keith Kovash

cc:    Mr. Cliff Edwards

# Chuck J. Gilder
## Top Hat Contract
### 2005 Principal and Interest Calculation

| Month | Payment | Months of Interest | Amount of Interest | Total |
|---|---|---|---|---|
| January | $ 199.92 | 11 | $ 11.00 | $ 210.92 |
| Febuary | $ 199.92 | 10 | $ 10.00 | $ 209.92 |
| March | $ 199.92 | 9 | $ 9.00 | $ 208.92 |
| April | $ 199.92 | 8 | $ 8.00 | $ 207.92 |
| May | $ 199.92 | 7 | $ 7.00 | $ 206.92 |
| June | $ 199.92 | 6 | $ 6.00 | $ 205.92 |
| July | $ 199.92 | 5 | $ 5.00 | $ 204.92 |
| August | $ 199.92 | 4 | $ 4.00 | $ 203.92 |
| September | $ 199.92 | 3 | $ 3.00 | $ 202.92 |
| October | $ 199.92 | 2 | $ 2.00 | $ 201.92 |
| November | $ 199.92 | 1 | $ 1.00 | $ 200.92 |
| December | $ 199.92 | 0 | $ - | $ 199.92 |
| Total | $ 2,399.04 | | $ 65.97 | $ 2,465.01 |

CHUCK J GILDER   SSN: YYY-XX-4865   Emp# 80560   NORTHWESTERN ENERGY
221 ASPEN LOOP   FED Marrd. 00   Wrk: MT
BUTTE MT 59701-3968   MT Marrd. 00   Res: MT   PAY PERIOD: 12/01/2005 -

CHK DATE: 12/01/2005

| | GROSS | - | PRE-TAX | = | TAXABLE | - | TAXES | +/- | POST-TAX | - | ADJUSTMENTS | = | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CURR. | 2465.01 | | 0.00 | | 2465.01 | | 764.25 | +/- | 0.00 | | | | 1,700.76 |
| YTD | 2465.01 | | 0.00 | | 2465.01 | | 764.25 | +/- | 0.00 | | | | 1,700.76 |

NET PAY DETAIL: 1,700.76

| PRE-TAX DEDS | CURRENT | YTD | EARNINGS | HOURS | CURRENT |
|---|---|---|---|---|---|
| | | | Top Hat Payment | | 2,465.01 |
| | | | Total Employee Earnings | | 2,465.01 |

| POST-TAX DED/PAY | CURRENT | YTD |
|---|---|---|

| LEAVE ACCRUALS | HOURS REMAINING |
|---|---|

| TAXES | CURRENT | YTD | ADJUSTMENTS |
|---|---|---|---|
| FED | | | |
| TX Withholding T | 616.25 | 616.25 | |
| State   MT | | | |
| TX Withholding T | 148.00 | 148.00 | |
| Total Taxes | 764.25 | 764.25 | MEMO |

| NON-CASH TAXABLE | CURRENT | YTD |
|---|---|---|

NorthWestern Corporation
d/b/a NorthWestern Energy
40 East Broadway
Butte MT 59701

US Bank
usbank.com
24-84/1230

12/01/2005

PAY TO THE
ORDER OF

DOLLARS

## THIS IS NOT A CHECK

CHUCK J GILDER
221 ASPEN LOOP
BUTTE MT 59701-3968

THIS IS NOT A CHECK

# EXHIBIT F

# NorthWestern
## Energy

NorthWestern Corporation
d/b/a NorthWestern Energy
40 East Broadway St,
Butte, MT 59701
Telephone: (406) 497-3000
Facsimile: (406) 497-2535
www.northwesternenergy.com

November 29, 2005

JOHN A. LAHR
116 ROCKY MOUNTAIN LN
BUTTE, MT 59701-4328

Dear Mr. LAHR,

Subject: Executive Supplemental Retirement Agreement

Please be informed that effective January 3, 2006, a monthly payment of $1,630.76 will be made to you and will continue thereafter in accordance with the terms of your agreement. These payments will be made in the same manner, either direct deposit or by check, as your current pension payment. If you would prefer this payment and your pension to be made through a direct deposit an Authorization for Automatic Deposit form is enclosed. Please note that both payments must be in the same form.

Unless we hear differently from you we will withhold state and federal taxes at the default status for regular earnings of a single person with no exemptions on the above monthly payments. If you prefer to withhold a different amount please find enclosed a Form W-4. Also enclosed is a Form W-4P if you would like to change your pension payment withholding for the 2006 tax year. Please complete the appropriate forms and return them in the enclosed postage paid envelope or fax them to (406) 497-2083. Changes must be received by December 15, 2005, to be effective for the January 2006 payment.

Also enclosed with this letter please find a check or pay advice for the gross amount of $20,107.27. This payment represents the twelve monthly payments for 2005 plus 6% interest on 11 payments that were not made earlier this year, minus state and federal taxes. A worksheet displaying the calculation of the gross amount is enclosed. Federal and state taxes will be withheld at the supplemental rate of 25% Federal and 6% Montana. The state withholding may vary based on your state of residence.

If you have any questions or would like to adjust the tax withholdings or means that your monthly payments are made please do not hesitate to contact us at 1(888) 236-6656.

Your counsel has been notified of this action.

Sincerely,

Keith Kovash

cc:    Mr. Cliff Edwards

John A. Lahr
Top Hat Contract
2005 Principal and Interest Calculation

| Month | Payment | Months of Interest | Amount of Interest | Total |
|---|---|---|---|---|
| January | $ 1,630.76 | 11 | $ 89.69 | $ 1,720.45 |
| Febuary | $ 1,630.76 | 10 | $ 81.54 | $ 1,712.30 |
| March | $ 1,630.76 | 9 | $ 73.38 | $ 1,704.14 |
| April | $ 1,630.76 | 8 | $ 65.23 | $ 1,695.99 |
| May | $ 1,630.76 | 7 | $ 57.08 | $ 1,687.84 |
| June | $ 1,630.76 | 6 | $ 48.92 | $ 1,679.68 |
| July | $ 1,630.76 | 5 | $ 40.77 | $ 1,671.53 |
| August | $ 1,630.76 | 4 | $ 32.62 | $ 1,663.38 |
| September | $ 1,630.76 | 3 | $ 24.46 | $ 1,655.22 |
| October | $ 1,630.76 | 2 | $ 16.31 | $ 1,647.07 |
| November | $ 1,630.76 | 1 | $ 8.15 | $ 1,638.91 |
| December | $ 1,630.76 | 0 | $ - | $ 1,630.76 |
| Total | $ 19,569.12 | | $ 538.15 | $ 20,107.27 |

```
116 ROCKY MOUNTAIN LN           FED Marrd. 00  Wrk: MT                        NORTHWESTERN ENERGY
BUTTE MT  59701-4328           MT Marrd. 00  Res: MT    PAY PERIOD: 12/01/2005  -
                                                         CHK DATE: 12/01/2005
```

| | GROSS | - | PRE-TAX | = | TAXABLE | - | TAXES | +/- | POST-TAX | - | ADJUSTMENTS | = | NET PAY | NET PAY DETAIL 13,874.45 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CURR.: | 20107.27 | - | 0.00 | = | 20107.27 | - | 6232.82 | +/- | 0.00 | - | | = | 13,874.45 | |
| YTD : | 20107.27 | - | 0.00 | = | 20107.27 | - | 6232.82 | +/- | 0.00 | - | | = | 13,874.45 | |

| PRE-TAX DEDS | CURRENT | YTD | EARNINGS | | HOURS | CURRENT |
|---|---|---|---|---|---|---|
| | | | Top Hat Payment | | | 20,107.27 |
| | | | Total Employee Earnings | | | 20,107.27 |

POST-TAX DED/PAY    CURRENT    YTD

LEAVE ACCRUALS        HOURS REMAINING

| TAXES | CURRENT | YTD | ADJUSTMENTS |
|---|---|---|---|
| FED | | | |
| TX Withholding T | 5,026.82 | 5,026.82 | |
| State   MT | | | |
| TX Withholding T | 1,206.00 | 1,206.00 | |
| Total Taxes | 6,232.82 | 6,232.82 | |

NON-CASH TAXABLE    CURRENT    YTD                                      MEMO



**NorthWestern Energy**

NorthWestern Corporation
d/b/a NorthWestern Energy
40 East Broadway
Butte MT  59701

10638290
12/01/2005

PAY TO THE
ORDER OF:        JOHN A LAHR                                          13,874.45

THIRTEEN THOUSAND EIGHT HUNDRED SEVENTY FOUR & 45/100

JOHN A LAHR
116 ROCKY MOUNTAIN LN
BUTTE MT  59701-4328

```
⑈106 38 290⑈  ⑆1 1130001 1⑆  15 37 1 01 1 1 35 1⑆
```

# EXHIBIT G

# NorthWestern
## Energy

NorthWestern Corporation
d/b/a NorthWestern Energy
40 East Broadway St,
Butte, MT 59701
Telephone: (406) 497-3000
Facsimile: (406) 497-2535
www.northwesternenergy.com

November 29, 2005

EDMOND L. MAGONE
583 DIAMOND RD
SUPEROIR, MT 59872

Dear Mr. MAGONE,

Subject: Executive Supplemental Retirement Agreement

Please be informed that effective January 3, 2006, a monthly payment of $469.03 will be made to you and will continue thereafter in accordance with the terms of your agreement. These payments will be made in the same manner, either direct deposit or by check, as your current pension payment. If you would prefer this payment and your pension to be made through a direct deposit an Authorization for Automatic Deposit form is enclosed. Please note that both payments must be in the same form.

Unless we hear differently from you we will withhold state and federal taxes at the default status for regular earnings of a single person with no exemptions on the above monthly payments. If you prefer to withhold a different amount please find enclosed a Form W-4. Also enclosed is a Form W-4P if you would like to change your pension payment withholding for the 2006 tax year. Please complete the appropriate forms and return them in the enclosed postage paid envelope or fax them to (406) 497-2083. Changes must be received by December 15, 2005, to be effective for the January 2006 payment.

Also enclosed with this letter please find a check or pay advice for the gross amount of $5,783.14. This payment represents the twelve monthly payments for 2005 plus 6% interest on 11 payments that were not made earlier this year, minus state and federal taxes. A worksheet displaying the calculation of the gross amount is enclosed. Federal and state taxes will be withheld at the supplemental rate of 25% Federal and 6% Montana. The state withholding may vary based on your state of residence.

If you have any questions or would like to adjust the tax withholdings or means that your monthly payments are made please do not hesitate to contact us at 1(888) 236-6656.

Your counsel has been notified of this action.

Sincerely,

Keith Kovash

cc:     Mr. Cliff Edwards

## Edmond L. Magone
## Top Hat Contract
## 2005 Principal and Interest Calculation

| Month | Payment | Months of Interest | Amount of Interest | Total |
|---|---|---|---|---|
| January | $ 469.03 | 11 | $ 25.80 | $ 494.83 |
| Febuary | $ 469.03 | 10 | $ 23.45 | $ 492.48 |
| March | $ 469.03 | 9 | $ 21.11 | $ 490.14 |
| April | $ 469.03 | 8 | $ 18.76 | $ 487.79 |
| May | $ 469.03 | 7 | $ 16.42 | $ 485.45 |
| June | $ 469.03 | 6 | $ 14.07 | $ 483.10 |
| July | $ 469.03 | 5 | $ 11.73 | $ 480.76 |
| August | $ 469.03 | 4 | $ 9.38 | $ 478.41 |
| September | $ 469.03 | 3 | $ 7.04 | $ 476.07 |
| October | $ 469.03 | 2 | $ 4.69 | $ 473.72 |
| November | $ 469.03 | 1 | $ 2.35 | $ 471.38 |
| December | $ 469.03 | 0 | $ - | $ 469.03 |
| Total | $ 5,628.36 | | $ 154.78 | $ 5,783.14 |

SUPEROIR MT  59872        MT         00    Res: MT  PAY PERIOD: 12/01/2005 -
                                                    CHK DATE: 12/01/2005

|                                                                          | NET PAY |
|                                                                          | DETAIL  |
|         GROSS  -  PRE-TAX = TAXABLE - TAXES +/- POST-TAX - ADJUSTMENTS = NET PAY | 3,990.35 |
| CURR.: 5783.14 -   0.00   = 5783.14 - 1792.79 +/-  0.00  -            = 3,990.35 |
| YTD :  5783.14 -   0.00   = 5783.14 - 1792.79 +/-  0.00  -            = 3,990.35 |

| PRE-TAX DEDS      CURRENT      YTD | EARNINGS                  HOURS    CURRENT |
|                                   | Top Hat Payment                   5,783.14 |
|                                   |                                             |
|                                   | Total Employee Earnings           5,783.14 |

| POST-TAX DED/PAY   CURRENT     YTD |

| LEAVE ACCRUALS      HOURS REMAINING |
|                                     | TAXES         CURRENT     YTD |       ADJUSTMENTS |
|                                     |     FED                       |
|                                     | TX Withholding T  1,445.79  1,445.79 |
|                                     | State   MT                   |
|                                     | TX Withholding T   347.00    347.00 |
|                                     | Total Taxes    1,792.79   1,792.79 |      MEMO |
| NON-CASH TAXABLE   CURRENT     YTD |

NorthWestern
Energy

NorthWestern Corporation
d/b/a NorthWestern Energy
40 East Broadway
Butte, MT  59701

US Bank
usbank.com
24-84/1230

106382914

12/01/2005

PAY TO THE
ORDER OF     EDMOND L MAGONE                              $ ***3,990.35

***THREE THOUSAND NINE HUNDRED NINETY & 35/100***                        DOLLARS

EDMOND L MAGONE
583 DIAMOND RD
SUPEROIR MT  59872

# EXHIBIT H

# NorthWestern™
## Energy

NorthWestern Corporation
d/b/a NorthWestern Energy
40 East Broadway St,
Butte, MT 59701
Telephone: (406) 497-3000
Facsimile: (406) 497-2535
www.northwesternenergy.com

November 29, 2005

ELMER G. MELDAHL
3237 FLORA AVE
BILLINGS, MT 59102-0350

Dear Mr. MELDAHL,

Subject: Executive Supplemental Retirement Agreement

Please be informed that effective January 3, 2006, a monthly payment of $524.54 will be made to you and will continue thereafter in accordance with the terms of your agreement.    These payments will be made in the same manner, either direct deposit or by check, as your current pension payment. If you would prefer this payment and your pension to be made through a direct deposit an Authorization for Automatic Deposit form is enclosed.  Please note that both payments must be in the same form.

Unless we hear differently from you we will withhold state and federal taxes at the default status for regular earnings of a single person with no exemptions on the above monthly payments.  If you prefer to withhold a different amount please find enclosed a Form W-4.  Also enclosed is a Form W-4P if you would like to change your pension payment withholding for the 2006 tax year.  Please complete the appropriate forms and return them in the enclosed postage paid envelope or fax them to (406) 497-2083.  Changes must be received by December 15, 2005, to be effective for the January 2006 payment.

Also enclosed with this letter please find a check or pay advice for the gross amount of $6,467.58. This payment represents the twelve monthly payments for 2005 plus 6% interest on 11 payments that were not made earlier this year, minus state and federal taxes. A worksheet displaying the calculation of the gross amount is enclosed.  Federal and state taxes will be withheld at the supplemental rate of 25% Federal and 6% Montana.  The state withholding may vary based on your state of residence.

If you have any questions or would like to adjust the tax withholdings or means that your monthly payments are made please do not hesitate to contact us at 1(888) 236-6656.

Your counsel has been notified of this action.

Sincerely,

Keith Kovash

cc:     Mr. Cliff Edwards