# Elmer G. Meldahl
## Top Hat Contract
## 2005 Principal and Interest Calculation

| Month | Payment | Months of Interest | Amount of Interest | Total |
|-------|---------|--------------------|--------------------|-------|
| January | $ 524.54 | 11 | $ 28.85 | $ 553.39 |
| Febuary | $ 524.54 | 10 | $ 26.23 | $ 550.77 |
| March | $ 524.54 | 9 | $ 23.60 | $ 548.14 |
| April | $ 524.54 | 8 | $ 20.98 | $ 545.52 |
| May | $ 524.54 | 7 | $ 18.36 | $ 542.90 |
| June | $ 524.54 | 6 | $ 15.74 | $ 540.28 |
| July | $ 524.54 | 5 | $ 13.11 | $ 537.65 |
| August | $ 524.54 | 4 | $ 10.49 | $ 535.03 |
| September | $ 524.54 | 3 | $ 7.87 | $ 532.41 |
| October | $ 524.54 | 2 | $ 5.25 | $ 529.79 |
| November | $ 524.54 | 1 | $ 2.62 | $ 527.16 |
| December | $ 524.54 | 0 | $ - | $ 524.54 |
| Total | $ 6,294.48 | | $ 173.10 | $ 6,467.58 |

```
|3237 FLORA AVE                                              NORTHWESTERN ENERGY |
| BILLINGS MT  59102-0350    MT    00   Res: MT  PAY PERIOD: 12/01/2005 -        |
|                                           CHK DATE: 12/01/2005         |NET PAY |
|                                                                       |DETAIL  |
|        GROSS -  PRE-TAX = TAXABLE - TAXES +/- POST-TAX - ADJUSTMENTS = NET PAY |4,462.68|
| CURR.: 6467.58 -  0.00  = 6467.58 - 2004.90 +/- 0.00    -            = 4,462.68 |
| YTD    6467.58 -  0.00  = 6467.58 - 2004.90 +/- 0.00    -            = 4,462.68 |
```

| PRE-TAX DEDS | CURRENT | YTD | EARNINGS | HOURS | CURRENT |
|---|---|---|---|---|---|
| | | | Top Hat Payment | | 6,467.58 |
| | | | Total Employee Earnings | | 6,467.58 |

| POST-TAX DED/PAY | CURRENT | YTD |
|---|---|---|

| LEAVE ACCRUALS | HOURS REMAINING | | TAXES | CURRENT | YTD | ADJUSTMENTS |
|---|---|---|---|---|---|---|
| | | | FED | | | |
| | | | TX Withholding T | 1,616.90 | 1,616.90 | |
| | | | State    MT | | | |
| | | | TX Withholding T | 388.00 | 388.00 | |
| | | | Total Taxes | 2,004.90 | 2,004.90 | |

| NON-CASH TAXABLE | CURRENT | YTD | | | | MEMO |
|---|---|---|---|---|---|---|

**NorthWestern** Energy

NorthWestern Corporation
d/b/a NorthWestern Energy
40 East Broadway
Butte MT  59701

US Bank
usbank.com
24-8412230

12/01/2005

PAY TO THE
ORDER OF

DOLLARS

THIS IS NOT A CHECK.

ELMER G. MELDAHL
3237 FLORA AVE
BILLINGS MT  59102-0350

THIS IS NOT A CHECK

# EXHIBIT I

# NorthWestern™
## Energy

NorthWestern Corporation
d/b/a NorthWestern Energy
40 East Broadway St,
Butte, MT 59701
Telephone: (406) 497-3000
Facsimile: (406) 497-2535
www.northwesternenergy.com

November 29, 2005

JOHN S. MILLER
50 RIVER DR
CASCADE, MT· 59421-8407

Dear Mr. MILLER,

Subject: Executive Supplemental Retirement Agreement

Please be informed that effective January 3, 2006, a monthly payment of $867.40 will be made to you and will continue thereafter in accordance with the terms of your agreement.   These payments will be made in the same manner, either direct deposit or by check, as your current pension payment. If you would prefer this payment and your pension to be made through a direct deposit an Authorization for Automatic Deposit form is enclosed. Please note that both payments must be in the same form.

Unless we hear differently from you we will withhold state and federal taxes at the default status for regular earnings of a single person with no exemptions on the above monthly payments. If you prefer to withhold a different amount please find enclosed a Form W-4. Also enclosed is a Form W-4P if you would like to change your pension payment withholding for the 2006 tax year. Please complete the appropriate forms and return them in the enclosed postage paid envelope or fax them to (406) 497-2083. Changes must be received by December 15, 2005, to be effective for the January 2006 payment.

Also enclosed with this letter please find a check or pay advice for the gross amount of $10,695.04. This payment represents the twelve monthly payments for 2005 plus 6% interest on 11 payments that were not made earlier this year, minus state and federal taxes. A worksheet displaying the calculation of the gross amount is enclosed. Federal and state taxes will be withheld at the supplemental rate of 25% Federal and 6% Montana. The state withholding may vary based on your state of residence.

If you have any questions or would like to adjust the tax withholdings or means that your monthly payments are made please do not hesitate to contact us at 1(888) 236-6656.

Your counsel has been notified of this action.

Sincerely,

Keith Kovash

cc:    Mr. Cliff Edwards

# John Miller
## Top Hat Contract
### 2005 Principal and Interest Calculation

| Month | Payment | Months of Interest | Amount of Interest | Total |
|---|---|---|---|---|
| January | $ 867.40 | 11 | $ 47.71 | $ 915.11 |
| Febuary | $ 867.40 | 10 | $ 43.37 | $ 910.77 |
| March | $ 867.40 | 9 | $ 39.03 | $ 906.43 |
| April | $ 867.40 | 8 | $ 34.70 | $ 902.10 |
| May | $ 867.40 | 7 | $ 30.36 | $ 897.76 |
| June | $ 867.40 | 6 | $ 26.02 | $ 893.42 |
| July | $ 867.40 | 5 | $ 21.69 | $ 889.09 |
| August | $ 867.40 | 4 | $ 17.35 | $ 884.75 |
| September | $ 867.40 | 3 | $ 13.01 | $ 880.41 |
| October | $ 867.40 | 2 | $ 8.67 | $ 876.07 |
| November | $ 867.40 | 1 | $ 4.34 | $ 871.74 |
| December | $ 867.40 | 0 | $ - | $ 867.40 |
| **Total** | $ 10,408.80 | | $ 286.24 | $ 10,695.04 |

JOHN S MILLER          SSN: XXX-XX-7582     Emp# 80574          NORTHWESTERN ENERGY
50 RIVER DR                              CASCADE MT   PAY PERIOD: 12/01/2005 -
CASCADE MT  59421-8407      MT    01   Res: MT
                                              CHK DATE: 12/01/2005

| | GROSS | - | PRE-TAX | = | TAXABLE | - | TAXES | +/- | POST-TAX | - | ADJUSTMENTS | = | NET PAY | NET PAY DETAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CURR. | 10695.04 | - | 0.00 | = | 10695.04 | - | 3315.76 | +/- | 0.00 | - | | = | 7,379.28 | 7,379.28 |
| YTD | 10695.04 | - | 0.00 | = | 10695.04 | - | 3315.76 | +/- | 0.00 | - | | = | 7,379.28 | |

| PRE-TAX DEDS | CURRENT | YTD | EARNINGS | HOURS | CURRENT |
|---|---|---|---|---|---|
| | | | Top Hat Payment | | 10,695.04 |
| | | | Total Employee Earnings | | 10,695.04 |

POST-TAX DED/PAY    CURRENT    YTD

LEAVE ACCRUALS           HOURS REMAINING

| TAXES | CURRENT | YTD | ADJUSTMENTS |
|---|---|---|---|
| FED | | | |
| TX Withholding T | 2,673.76 | 2,673.76 | |
| State    MT | | | |
| TX Withholding T | 642.00 | 642.00 | |
| Total Taxes | 3,315.76 | 3,315.76 | |

NON-CASH TAXABLE    CURRENT    YTD                              MEMO

**NorthWestern Energy**

NorthWestern Corporation
d/b/a NorthWestern Energy
40 East Broadway
Butte MT  59701

US Bank
usbank.com
24-84//230

12/01/2005

PAY TO THE
ORDER OF

$

DOLLARS

THIS IS NOT A CHECK.

JOHN S MILLER
50 RIVER DR
CASCADE MT  59421-8407

THIS IS NOT A CHECK

# EXHIBIT J

# NorthWestern™
## Energy

NorthWestern Corporation
d/b/a NorthWestern Energy
40 East Broadway St,
Butte, MT 59701
Telephone: (406) 497-3000
Facsimile: (406) 497-2535
www.northwesternenergy.com

November 29, 2005

ROGER L. RAWLS
1062 W PLATINUM ST
BUTTE, MT 59701-2222

Dear Mr. RAWLS,

Subject: Executive Supplemental Retirement Agreement

Please be informed that effective January 3, 2006, a monthly payment of $403.77 will be made to you and will continue thereafter in accordance with the terms of your agreement.   These payments will be made in the same manner, either direct deposit or by check, as your current pension payment. If you would prefer this payment and your pension to be made through a direct deposit an Authorization for Automatic Deposit form is enclosed.  Please note that both payments must be in the same form.

Unless we hear differently from you we will withhold state and federal taxes at the default status for regular earnings of a single person with no exemptions on the above monthly payments.  If you prefer to withhold a different amount please find enclosed a Form W-4.  Also enclosed is a Form W-4P if you would like to change your pension payment withholding for the 2006 tax year.  Please complete the appropriate forms and return them in the enclosed postage paid envelope or fax them to (406) 497-2083.  Changes must be received by December 15, 2005, to be effective for the January 2006 payment.

Also enclosed with this letter please find a check or pay advice for the gross amount of $4,978.48. This payment represents the twelve monthly payments for 2005 plus 6% interest on 11 payments that were not made earlier this year, minus state and federal taxes.  A worksheet displaying the calculation of the gross amount is enclosed.  Federal and state taxes will be withheld at the supplemental rate of 25% Federal and 6% Montana.  The state withholding may vary based on your state of residence.

If you have any questions or would like to adjust the tax withholdings or means that your monthly payments are made please do not hesitate to contact us at 1(888) 236-6656.

Your counsel has been notified of this action.

Sincerely,

Keith Kovash

cc:     Mr. Cliff Edwards

# Roger L. Rawls
## Top Hat Contract
## 2005 Principal and Interest Calculation

| Month | Payment | Months of Interest | Amount of Interest | Total |
|---|---|---|---|---|
| January | $ 403.77 | 11 | $ 22.21 | $ 425.98 |
| Febuary | $ 403.77 | 10 | $ 20.19 | $ 423.96 |
| March | $ 403.77 | 9 | $ 18.17 | $ 421.94 |
| April | $ 403.77 | 8 | $ 16.15 | $ 419.92 |
| May | $ 403.77 | 7 | $ 14.13 | $ 417.90 |
| June | $ 403.77 | 6 | $ 12.11 | $ 415.88 |
| July | $ 403.77 | 5 | $ 10.09 | $ 413.86 |
| August | $ 403.77 | 4 | $ 8.08 | $ 411.85 |
| September | $ 403.77 | 3 | $ 6.06 | $ 409.83 |
| October | $ 403.77 | 2 | $ 4.04 | $ 407.81 |
| November | $ 403.77 | 1 | $ 2.02 | $ 405.79 |
| December | $ 403.77 | 0 | $ - | $ 403.77 |
| Total | $ 4,845.24 | | $ 133.24 | $ 4,978.48 |

```
ROGER L RAWLS          SSN: XXX-XX-XXXX   EE#          NORTHWESTERN ENERGY
1062 W PLATINUM ST         FED      00    Wrk: MT
BUTTE MT  59701-2222       MT       00    Res: MT  PAY PERIOD: 12/01/2005 -
                                          CHK DATE: 12/01/2005              |NET PAY
                                                                           |DETAIL
        GROSS  -    PRE-TAX  =   TAXABLE   -    TAXES   +/-  POST-TAX  ADJUSTMENTS  =  NET PAY  |3,434.86
 CURR.: 4978.48 -    0.00    =   4978.48   -  1543.62   +/-   0.00                 =  3,434.86  |
 YTD  : 4978.48 -    0.00    =   4978.48   -  1543.62   +/-   0.00                 =  3,434.86  |
```

| PRE-TAX DEDS | CURRENT | YTD | EARNINGS | HOURS | CURRENT |
|---|---|---|---|---|---|
| | | | Top Hat Payment | | 4,978.48 |
| | | | Total Employee Earnings | | 4,978.48 |

| POST-TAX DED/PAY | CURRENT | YTD |
|---|---|---|

| LEAVE ACCRUALS | HOURS REMAINING |
|---|---|

| TAXES | CURRENT | YTD | ADJUSTMENTS |
|---|---|---|---|
| FED | | | |
| TX Withholding T | 1,244.62 | 1,244.62 | |
| State     MT | | | |
| TX Withholding T | 299.00 | 299.00 | |
| Total Taxes | 1,543.62 | 1,543.62 | |

| NON-CASH TAXABLE | CURRENT | YTD |
|---|---|---|

MEMO

NorthWestern Energy

NorthWestern Corporation
d/b/a NorthWestern Energy
40 East Broadway
Butte MT  59701

US Bank
usbank.com
XX-XXX/XXX

12/01/2005

THIS IS NOT A CHECK

ROGER L RAWLS
1062 W PLATINUM ST
BUTTE MT  59701-2222

THIS IS NOT A CHECK

# EXHIBIT K

# NorthWestern™
## Energy

NorthWestern Corporation
d/b/a NorthWestern Energy
40 East Broadway St,
Butte, MT 59701
Telephone: (406) 497-3000
Facsimile: (406) 497-2535
www.northwesternenergy.com

November 29, 2005

C. DANIEL REGAN
106 RAMPART DR
BUTTE, MT 59701-4326

Dear Mr. REGAN,

Subject: Executive Supplemental Retirement Agreement

Please be informed that effective January 3, 2006, a monthly payment of $727.80 will be made to you and will continue thereafter in accordance with the terms of your agreement.    These payments will be made in the same manner, either direct deposit or by check, as your current pension payment. If you would prefer this payment and your pension to be made through a direct deposit an Authorization for Automatic Deposit form is enclosed.  Please note that both payments must be in the same form.

Unless we hear differently from you we will withhold state and federal taxes at the default status for regular earnings of a single person with no exemptions on the above monthly payments.  If you prefer to withhold a different amount please find enclosed a Form W-4. Also enclosed is a Form W-4P if you would like to change your pension payment withholding for the 2006 tax year.  Please complete the appropriate forms and return them in the enclosed postage paid envelope or fax them to (406) 497-2083.  Changes must be received by December 15, 2005, to be effective for the January 2006 payment.

Also enclosed with this letter please find a check or pay advice for the gross amount of $8,973.77. This payment represents the twelve monthly payments for 2005 plus 6% interest on 11 payments that were not made earlier this year, minus state and federal taxes.  A worksheet displaying the calculation of the gross amount is enclosed.  Federal and state taxes will be withheld at the supplemental rate of 25% Federal and 6% Montana.  The state withholding may vary based on your state of residence.

If you have any questions or would like to adjust the tax withholdings or means that your monthly payments are made please do not hesitate to contact us at 1(888) 236-6656.

Your counsel has been notified of this action.

Sincerely,

Keith Kovash

cc:    Mr. Cliff Edwards

# Daniel C. Regan
## Top Hat Contract
### 2005 Principal and Interest Calculation

| Month | Payment | Months of Interest | Amount of Interest | Total |
|-------|--------:|:---------:|--------:|------:|
| January | $ 727.80 | 11 | $ 40.03 | $ 767.83 |
| Febuary | $ 727.80 | 10 | $ 36.39 | $ 764.19 |
| March | $ 727.80 | 9 | $ 32.75 | $ 760.55 |
| April | $ 727.80 | 8 | $ 29.11 | $ 756.91 |
| May | $ 727.80 | 7 | $ 25.47 | $ 753.27 |
| June | $ 727.80 | 6 | $ 21.83 | $ 749.63 |
| July | $ 727.80 | 5 | $ 18.20 | $ 746.00 |
| August | $ 727.80 | 4 | $ 14.56 | $ 742.36 |
| September | $ 727.80 | 3 | $ 10.92 | $ 738.72 |
| October | $ 727.80 | 2 | $ 7.28 | $ 735.08 |
| November | $ 727.80 | 1 | $ 3.64 | $ 731.44 |
| December | $ 727.80 | 0 | $ - | $ 727.80 |
| **Total** | $ 8,733.60 | | $ 240.17 | $ 8,973.77 |

SSN:                    Emp #  80581          NORTHWESTERN ENERGY

106 RAMSEN DR                 Marrd 00   Res: MT   PAY PERIOD: 12/01/2005 -
BUTTE MT  59701          MT   Marrd  00   Res: MT   CHK DATE: 12/01/2005

| | GROSS | - | PRE-TAX | = | TAXABLE | - | TAXES | +/- | POST-TAX | - | ADJUSTMENTS | = | NET PAY | NET PAY DETAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CURR.: | 8973.77 | - | 0.00 | = | 8973.77 | - | 2781.44 | +/- | 0.00 | - | | = | 6,192.33 | 6,192.33 |
| YTD : | 8973.77 | - | 0.00 | = | 8973.77 | - | 2781.44 | +/- | 0.00 | - | | = | 6,192.33 | |

| PRE-TAX DEDS | CURRENT | YTD | EARNINGS | HOURS | CURRENT |
|---|---|---|---|---|---|
| | | | Top Hat Payment | | 8,973.77 |
| | | | Total Employee Earnings | | 8,973.77 |

| POST-TAX DED/PAY | CURRENT | YTD |
|---|---|---|

| LEAVE ACCRUALS | HOURS REMAINING |
|---|---|

| TAXES | CURRENT | YTD | ADJUSTMENTS |
|---|---|---|---|
| FED | | | |
| TX Withholding T | 2,243.44 | 2,243.44 | |
| State     MT | | | |
| TX Withholding T | 538.00 | 538.00 | |
| Total Taxes | 2,781.44 | 2,781.44 | |

| NON-CASH TAXABLE | CURRENT | YTD | | MEMO |
|---|---|---|---|---|

NorthWestern Energy
NorthWestern Corporation
d/b/a NorthWestern Energy
404 East Broadway
Butte MT  59701

US Bank
usbank.com
31-8/4120

12/01/2005

THIS IS NOT A CHECK

THIS IS NOT A CHECK

CHARLES D HEGAN
106 RAMSEN DR
BUTTE MT  59701

# EXHIBIT L



NorthWestern Corporation
d/b/a NorthWestern Energy
40 East Broadway St,
Butte, MT 59701
Telephone: (406) 497-3000
Facsimile: (406) 497-2535
www.northwesternenergy.com

November 29, 2005

ALLEN T. SMITH
PO BOX 931
EARP, CA 92242-0931

Dear Mr. SMITH,

Subject: Executive Supplemental Retirement Agreement

Please be informed that effective January 3, 2006, a monthly payment of $1,283.74 will be made to you and will continue thereafter in accordance with the terms of your agreement. These payments will be made in the same manner, either direct deposit or by check, as your current pension payment. If you would prefer this payment and your pension to be made through a direct deposit an Authorization for Automatic Deposit form is enclosed. Please note that both payments must be in the same form.

Unless we hear differently from you we will withhold state and federal taxes at the default status for regular earnings of a single person with no exemptions on the above monthly payments. If you prefer to withhold a different amount please find enclosed a Form W-4. Also enclosed is a Form W-4P if you would like to change your pension payment withholding for the 2006 tax year. Please complete the appropriate forms and return them in the enclosed postage paid envelope or fax them to (406) 497-2083. Changes must be received by December 15, 2005, to be effective for the January 2006 payment.

Also enclosed with this letter please find a check or pay advice for the gross amount of $15,828.51. This payment represents the twelve monthly payments for 2005 plus 6% interest on 11 payments that were not made earlier this year, minus state and federal taxes. A worksheet displaying the calculation of the gross amount is enclosed. Federal and state taxes will be withheld at the supplemental rate of 25% Federal and 6% Montana. The state withholding may vary based on your state of residence.

If you have any questions or would like to adjust the tax withholdings or means that your monthly payments are made please do not hesitate to contact us at 1(888) 236-6656.

Your counsel has been notified of this action.

Sincerely,

Keith Kovash

cc:    Mr. Cliff Edwards

Allen T. Smith
Top Hat Contract
2005 Principal and Interest Calculation

| Month | Payment | Months of Interest | Amount of Interest | Total |
|---|---|---|---|---|
| January | $ 1,283.74 | 11 | $ 70.61 | $ 1,354.35 |
| Febuary | $ 1,283.74 | 10 | $ 64.19 | $ 1,347.93 |
| March | $ 1,283.74 | 9 | $ 57.77 | $ 1,341.51 |
| April | $ 1,283.74 | 8 | $ 51.35 | $ 1,335.09 |
| May | $ 1,283.74 | 7 | $ 44.93 | $ 1,328.67 |
| June | $ 1,283.74 | 6 | $ 38.51 | $ 1,322.25 |
| July | $ 1,283.74 | 5 | $ 32.09 | $ 1,315.83 |
| August | $ 1,283.74 | 4 | $ 25.67 | $ 1,309.41 |
| September | $ 1,283.74 | 3 | $ 19.26 | $ 1,303.00 |
| October | $ 1,283.74 | 2 | $ 12.84 | $ 1,296.58 |
| November | $ 1,283.74 | 1 | $ 6.42 | $ 1,290.16 |
| December | $ 1,283.74 | 0 | $ - | $ 1,283.74 |
| Total | $ 15,404.88 | | $ 423.63 | $ 15,828.51 |

```
| ALLEN T SMITH           SSN. XXX-XX-1027   Emp# 81038        NORTHWESTERN ENERGY
| PO BOX 931              FED     00  Wrk: MT
| EARP CA  92242-0931     MT      00  Res: MT  PAY PERIOD: 12/01/2005 -         --------------
|                                    CHK DATE: 12/01/2005                       | NET PAY
|                                                                               | DETAIL
|        GROSS -   PRE-TAX =   TAXABLE -    TAXES  +/= POST-TAX - ADJUSTMENTS = NET PAY | 10,921.38
| CURR.: 15828.51 -  0.00  =  15828.51 -  4907.13 +/-     0.00  -             = 10,921.38 |
| YTD  : 15828.51 -  0.00  =  15828.51 -  4907.13 +/-     0.00  -             = 10,921.38 |
```

| PRE-TAX DEDS | CURRENT | YTD | EARNINGS | HOURS | CURRENT |
|---|---|---|---|---|---|
| | | | Top Hat Payment | | 15,828.51 |
| | | | Total Employee Earnings | | 15,828.51 |

| POST-TAX DED/PAY | CURRENT | YTD |
|---|---|---|

| LEAVE ACCRUALS | HOURS REMAINING | TAXES | CURRENT | YTD | ADJUSTMENTS |
|---|---|---|---|---|---|
| | | FED | | | |
| | | TX Withholding T | 3,957.13 | 3,957.13 | |
| | | State  MT | | | |
| | | TX Withholding T | 950.00 | 950.00 | |
| | | Total Taxes | 4,907.13 | 4,907.13 | MEMO |

| NON-CASH TAXABLE | CURRENT | YTD |
|---|---|---|

NorthWestern Energy

NorthWestern Corporation
d/b/a NorthWestern Energy
40 East Broadway
Butte MT  59701

US Bank
usebank.com
24-88/1230

12/01/2005

PAY TO THE
ORDER OF

$

DOLLARS

THIS IS NOT A CHECK.

ALLEN T SMITH
PO BOX 931
EARP CA  92242-0931

THIS IS NOT A CHECK

# EXHIBIT M

# NorthWestern™
## Energy

NorthWestern Corporation
d/b/a NorthWestern Energy
40 East Broadway St,
Butte, MT  59701
Telephone: (406) 497-3000
Facsimile: (406) 497-2535
www.northwesternenergy.com

November 29, 2005

GEORGE A. THORSON
2048 RIDGEVIEW DR
BILLINGS, MT  59105-3637

Dear Mr. THORSON,

Subject: Executive Supplemental Retirement Agreement

Please be informed that effective January 3, 2006, a monthly payment of $736.98 will be made to you and will continue thereafter in accordance with the terms of your agreement.   These payments will be made in the same manner, either direct deposit or by check, as your current pension payment. If you would prefer this payment and your pension to be made through a direct deposit an Authorization for Automatic Deposit form is enclosed.  Please note that both payments must be in the same form.

Unless we hear differently from you we will withhold state and federal taxes at the default status for regular earnings of a single person with no exemptions on the above monthly payments. If you prefer to withhold a different amount please find enclosed a Form W-4.  Also enclosed is a Form W-4P if you would like to change your pension payment withholding for the 2006 tax year.  Please complete the appropriate forms and return them in the enclosed postage paid envelope or fax them to (406) 497-2083.  Changes must be received by December 15, 2005, to be effective for the January 2006 payment.

Also enclosed with this letter please find a check or pay advice for the gross amount of $9,086.96. This payment represents the twelve monthly payments for 2005 plus 6% interest on 11 payments that were not made earlier this year, minus state and federal taxes.  A worksheet displaying the calculation of the gross amount is enclosed.  Federal and state taxes will be withheld at the supplemental rate of 25% Federal and 6% Montana.  The state withholding may vary based on your state of residence.

If you have any questions or would like to adjust the tax withholdings or means that your monthly payments are made please do not hesitate to contact us at 1(888) 236-6656.

Your counsel has been notified of this action.

Sincerely,

Keith Kovash

cc:     Mr. Cliff Edwards

## George A. Thorson
## Top Hat Contract
### 2005 Principal and Interest Calculation

| Month | Payment | Months of Interest | Amount of Interest | Total |
|---|---|---|---|---|
| January | $ 736.98 | 11 | | |
| Febuary | $ 736.98 | 10 | $ 40.53 | $ 777.51 |
| March | $ 736.98 | 9 | $ 36.85 | $ 773.83 |
| April | $ 736.98 | 8 | $ 33.16 | $ 770.14 |
| May | $ 736.98 | 7 | $ 29.48 | $ 766.46 |
| June | $ 736.98 | 6 | $ 25.79 | $ 762.77 |
| July | $ 736.98 | 5 | $ 22.11 | $ 759.09 |
| August | $ 736.98 | 4 | $ 18.42 | $ 755.40 |
| September | $ 736.98 | 3 | $ 14.74 | $ 751.72 |
| October | $ 736.98 | 2 | $ 11.05 | $ 748.03 |
| November | $ 736.98 | 1 | $ 7.37 | $ 744.35 |
| December | $ 736.98 | 0 | $ 3.68 | $ 740.66 |
| | | | $ - | $ 736.98 |
| Total | $ 8,843.76 | | $ 243.20 | $ 9,086.96 |

THIS IS NOT A CHECK

THIS IS NOT A CHECK



NORTHWESTERN ENERGY

2048 RIDGEVIEW DR    FED Marrd 00   MT 4  MT
BILLINGS MT  59105-3637   MT  Marrd. 00   Res: MT  PAY PERIOD: 12/01/2005
                                    CHK DATE: 12/01/2005

Emp# 80591

| | GROSS | - PRE-TAX = | TAXABLE | - TAXES | +/- | POST-TAX | - ADJUSTMENTS | = NET PAY | NET PAY DETAIL |
|---|---|---|---|---|---|---|---|---|---|
| CURR.: | 9086.96 | 0.00 | 9086.96 | 2816.74 | +/- | 0.00 | | 6,270.22 | 6,270.22 |
| YTD : | 9086.96 | 0.00 | 9086.96 | 2816.74 | +/- | 0.00 | | 6,270.22 | |

| PRE-TAX DEDS | CURRENT | YTD | EARNINGS | HOURS | CURRENT |
|---|---|---|---|---|---|
| | | | Top Hat Payment | | 9,086.96 |
| | | | Total Employee Earnings | | 9,086.96 |

| POST-TAX DED/PAY | CURRENT | YTD |
|---|---|---|

| LEAVE ACCRUALS | HOURS REMAINING | | TAXES | CURRENT | YTD | ADJUSTMENTS |
|---|---|---|---|---|---|---|
| | | | FED | | | |
| | | | TX Withholding T | 2,271.74 | 2,271.74 | |
| | | | State   MT | | | |
| | | | TX Withholding T | 545.00 | 545.00 | |
| | | | Total Taxes | 2,816.74 | 2,816.74 | |

| NON-CASH TAXABLE | CURRENT | YTD | | | MEMO |
|---|---|---|---|---|---|

NorthWestern
Energy

NorthWestern Corporation
d/b/a NorthWestern Energy
40 East Broadway
Butte, MT  59701

US Bank
usbank.com
24-8412500

12/01/2005

THIS IS NOT A CHECK

GEORGE A THORSON
2048 RIDGEVIEW DR
BILLINGS MT  59105-3637

THIS IS NOT A CHECK

# EXHIBIT N

# NorthWestern™
## Energy

NorthWestern Corporation
d/b/a NorthWestern Energy
40 East Broadway St,
Butte, MT  59701
Telephone: (406) 497-3000
Facsimile: (406) 497-2535
www.northwesternenergy.com

November 29, 2005

JOHN B. VAN GELDER
4911 E INVERNESS DR
POST FALLS, ID  83854-8891

Dear Mr. VAN GELDER,

Subject: Executive Supplemental Retirement Agreement

Please be informed that effective January 3, 2006, a monthly payment of $2,457.06 will be made to you and will continue thereafter in accordance with the terms of your agreement.   These payments will be made in the same manner, either direct deposit or by check, as your current pension payment. If you would prefer this payment and your pension to be made through a direct deposit an Authorization for Automatic Deposit form is enclosed.  Please note that both payments must be in the same form.

Unless we hear differently from you we will withhold state and federal taxes at the default status for regular earnings of a single person with no exemptions on the above monthly payments.  If you prefer to withhold a different amount please find enclosed a Form W-4.  Also enclosed is a Form W-4P if you would like to change your pension payment withholding for the 2006 tax year.  Please complete the appropriate forms and return them in the enclosed postage paid envelope or fax them to (406) 497-2083.  Changes must be received by December 15, 2005, to be effective for the January 2006 payment.

Also enclosed with this letter please find a check or pay advice for the gross amount of $30,295.55. This payment represents the twelve monthly payments for 2005 plus 6% interest on 11 payments that were not made earlier this year, minus state and federal taxes.  A worksheet displaying the calculation of the gross amount is enclosed.  Federal and state taxes will be withheld at the supplemental rate of 25% Federal and 6% Montana.  The state withholding may vary based on your state of residence.

If you have any questions or would like to adjust the tax withholdings or means that your monthly payments are made please do not hesitate to contact us at 1(888) 236-6656.

Your counsel has been notified of this action.

Sincerely,

Keith Kovash

cc:    Mr. Cliff Edwards

## John B. VanGelder
## Top Hat Contract
## 2005 Principal and Interest Calculation

| Month | Payment | Months of Interest | Amount of Interest | Total |
|---|---|---|---|---|
| January | $ 2,457.06 | 11 | $ 135.14 | $ 2,592.20 |
| Febuary | $ 2,457.06 | 10 | $ 122.85 | $ 2,579.91 |
| March | $ 2,457.06 | 9 | $ 110.57 | $ 2,567.63 |
| April | $ 2,457.06 | 8 | $ 98.28 | $ 2,555.34 |
| May | $ 2,457.06 | 7 | $ 86.00 | $ 2,543.06 |
| June | $ 2,457.06 | 6 | $ 73.71 | $ 2,530.77 |
| July | $ 2,457.06 | 5 | $ 61.43 | $ 2,518.49 |
| August | $ 2,457.06 | 4 | $ 49.14 | $ 2,506.20 |
| September | $ 2,457.06 | 3 | $ 36.86 | $ 2,493.92 |
| October | $ 2,457.06 | 2 | $ 24.57 | $ 2,481.63 |
| November | $ 2,457.06 | 1 | $ 12.29 | $ 2,469.35 |
| December | $ 2,457.06 | 0 | $ - | $ 2,457.06 |
| Total | $ 29,484.72 | | $ 810.83 | $ 30,295.55 |

THIS IS NOT A CHECK

THIS IS NOT A CHECK

```
| JOHN B VAN GELDER          SSN: XXX-XX-0039  Emp#: 110464  NORTHWESTERN ENERGY
| 4911 E INVERNESS DR        FED Marrd. 00    Wrk: MT
| POST FALLS ID 83854-8891   MT  Marrd. 00    Res: MT   PAY PERIOD: 12/01/2005 -
|                                             CHK DATE: 12/01/2005              ------------
|                                                                             |NET PAY
|---------------------------------------------------------------------------- |DETAIL
|      GROSS   -  PRE-TAX  =  TAXABLE  -   TAXES   +/-  POST-TAX - ADJUSTMENTS = NET PAY |20,903.66
| CURR.: 30295.55 -  0.00 = 30295.55 -  9391.89  +/-    0.00   -              = 20,903.66 |
| YTD:   30295.55 -  0.00 = 30295.55 -  9391.89  +/-    0.00   -              = 20,903.66 |
|----------------------------------------------------------------------------------------
| PRE-TAX DEDS     CURRENT      YTD | EARNINGS                       HOURS     CURRENT
|                                  | Top Hat Payment                         30,295.55
|                                  |                                ----------------------
|                                  | Total Employee Earnings                  30,295.55
|
|
| POST-TAX DED/PAY  CURRENT    YTD |
```

| LEAVE ACCRUALS | HOURS REMAINING | | TAXES | CURRENT | YTD | | ADJUSTMENTS |
|---|---|---|---|---|---|---|---|
| | | | FED | | | | |
| | | | TX Withholding T | 7,573.89 | 7,573.89 | | |
| | | | State   MT | | | | |
| | | | TX Withholding T | 1,818.00 | 1,818.00 | | |
| | | | | -------- | -------- | | |
| | | | Total Taxes | 9,391.89 | 9,391.89 | | MEMO |

```
| NON-CASH TAXABLE   CURRENT    YTD |
```

NorthWestern
Energy

NorthWestern Corporation
dba NorthWestern Energy
40 East Broadway
Butte MT 59701

US Bank
usbank.com
ZX-86//230

12/01/2005

JOHN B VAN GELDER
4911 E INVERNESS DR
POST FALLS ID 83854-8891

THIS IS NOT A CHECK

THIS IS NOT A CHECK

# EXHIBIT O

# NorthWestern
## Energy

NorthWestern Corporation
d/b/a NorthWestern Energy
40 East Broadway St,
Butte, MT 59701
Telephone: (406) 497-3000
Facsimile: (406) 497-2535
www.northwesternenergy.com

November 29, 2005

WILHELMUS C. VERBAEL
4552 S IRONWOOD DR
ST GEORGE, UT 84790

Dear Mr. VERBAEL,

Subject: Executive Supplemental Retirement Agreement

Please be informed that effective January 3, 2006, a monthly payment of $3,570.24 will be made to you and will continue thereafter in accordance with the terms of your agreement.   These payments will be made in the same manner, either direct deposit or by check, as your current pension payment. If you would prefer this payment and your pension to be made through a direct deposit an Authorization for Automatic Deposit form is enclosed.  Please note that both payments must be in the same form.

Unless we hear differently from you we will withhold state and federal taxes at the default status for regular earnings of a single person with no exemptions on the above monthly payments. If you prefer to withhold a different amount please find enclosed a Form W-4. Also enclosed is a Form W-4P if you would like to change your pension payment withholding for the 2006 tax year. Please complete the appropriate forms and return them in the enclosed postage paid envelope or fax them to (406) 497-2083. Changes must be received by December 15, 2005, to be effective for the January 2006 payment.

Also enclosed with this letter please find a check or pay advice for the gross amount of $44,021.06. This payment represents the twelve monthly payments for 2005 plus 6% interest on 11 payments that were not made earlier this year, minus state and federal taxes. A worksheet displaying the calculation of the gross amount is enclosed. Federal and state taxes will be withheld at the supplemental rate of 25% Federal and 6% Montana. The state withholding may vary based on your state of residence.

If you have any questions or would like to adjust the tax withholdings or means that your monthly payments are made please do not hesitate to contact us at 1(888) 236-6656.

Your counsel has been notified of this action.

Sincerely,

Keith Kovash

cc:    Mr. Cliff Edwards

```
|4552 S IRONWOOD DR          FED Marrd. 00    WLK  UT                        |
|ST GEORGE UT  84790         UT Marrd. 00   Res: UT  PAY PERIOD: 12/01/2005 -|NET PAY
|                                              CHK DATE: 12/01/2005          |DETAIL
|--------------------------------------------------------------------------- |30,184.94
|         GROSS -   PRE-TAX =  TAXABLE  -   TAXES  +/- POST-TAX - ADJUSTMENTS = NET PAY
|CURR.: 44021.06 -     0.00 = 44021.06 - 13836.12 +/-     0.00 -           = 30,184.94
| YTD : 44021.06 -     0.00 = 44021.06 - 13836.12 +/-     0.00 -           = 30,184.94
```

| PRE-TAX DEDS | CURRENT | YTD | EARNINGS | HOURS | CURRENT |
|---|---|---|---|---|---|
| | | | Top Hat Payment | | 44,021.06 |
| | | | Total Employee Earnings | | 44,021.06 |

| POST-TAX DED/PAY | CURRENT | YTD | | | |
|---|---|---|---|---|---|

| LEAVE ACCRUALS | HOURS REMAINING | | TAXES | CURRENT | YTD | ADJUSTMENTS |
|---|---|---|---|---|---|---|
| | | | FED | | | |
| | | | TX Withholding T | 11,005.27 | 11,005.27 | |
| | | | State    UT | | | |
| | | | TX Withholding T | 2,830.85 | 2,830.85 | |
| | | | Total Taxes | 13,836.12 | 13,836.12 | |

NON-CASH TAXABLE    CURRENT    YTD                                    MEMO

NorthWestern Corporation
d/b/a NorthWestern Energy
40 East Broadway
Butte, MT 59701

US Bank
usbank.com
1-24-84/1235

12/01/2005

THIS IS NOT A CHECK

WILHELMUS C VERBAEL
4552 S IRONWOOD DR
ST GEORGE UT 84790

THIS IS NOT A CHECK

# Wilhelmus C. Verbael
## Top Hat Contract
### 2005 Principal and Interest Calculation

| Month | Payment | Months of Interest | Amount of Interest | Total |
|---|---|---|---|---|
| January | $ 3,570.24 | 11 | $ 196.36 | $ 3,766.60 |
| Febuary | $ 3,570.24 | 10 | $ 178.51 | $ 3,748.75 |
| March | $ 3,570.24 | 9 | $ 160.66 | $ 3,730.90 |
| April | $ 3,570.24 | 8 | $ 142.81 | $ 3,713.05 |
| May | $ 3,570.24 | 7 | $ 124.96 | $ 3,695.20 |
| June | $ 3,570.24 | 6 | $ 107.11 | $ 3,677.35 |
| July | $ 3,570.24 | 5 | $ 89.26 | $ 3,659.50 |
| August | $ 3,570.24 | 4 | $ 71.40 | $ 3,641.64 |
| September | $ 3,570.24 | 3 | $ 53.55 | $ 3,623.79 |
| October | $ 3,570.24 | 2 | $ 35.70 | $ 3,605.94 |
| November | $ 3,570.24 | 1 | $ 17.85 | $ 3,588.09 |
| December | $ 3,570.24 | 0 | $ - | $ 3,570.24 |
| **Total** | $ 42,842.88 | | $ 1,178.18 | $ 44,021.06 |

THIS IS NOT A CHECK

THIS IS NOT A CHECK