IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| NORTHWESTERN CORPORATION, | : | |
| | : | Case No. 03-12872 (KJC) |
| Reorganized Debtor. | : | |
| | : | |
| | : | |
| NORTHWESTERN CORPORATION, | : | Case No. 05-CV-00444-JJF |
| | : | |
| Appellant, | : | |
| v. | : | |
| | : | |
| LESTER E. AMMONDSON, CATHERINE COUTURE | : | |
| (AS SURVIVING SPOUSE OF JAMES W. | : | |
| COUTURE), SHERWOOD CHRISTENSEN, W. | : | |
| STEPHEN DEE, CHARLES GILDER, JOHN A. | : | |
| LAHR, EDMOND MAGONE, ELMER MELDAHL, | : | |
| JOHN S. MILLER, ROGER L. RAWLS, C. DANIEL | : | |
| REGAN, ALLEN T. SMITH, GEORGE A. THORSON, | : | |
| JOHN B. VAN GELDER, AND WILHELMUS C. | : | |
| VERBAEL, | : | |
| | : | |
| Appellee. | : | |

## CERTIFICATE OF SERVICE

I, Dennis A. Meloro, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, which is counsel for the Appellant, and on the 21st day of April 2006, I caused copies of the following to be served upon the parties listed below in the manner indicated.

- Motion For Order Dismissing Appeal;
- Memorandum Of Law In Support Of Its Motion For An Order Dismissing Its Appeal; and
- Affidavit of Wayne W. Harper.

VIA FIRST CLASS MAIL
A. Clifford Edwards
Edwards Frickle Anner-Hughes & Cook
1601 Lewis Avenue, Suite 206
Billings, MT  59104-0039

VIA FIRST CLASS MAIL
Jon Doak, Esq.
Doak & Associates, PC
100 North 27th Street, Suite 200
Billings, Montana 59103-1875

VIA HAND DELIVERY
William D. Sullivan
Buchanan Ingersoll, P.C.
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE  19801

Dated: April 21, 2006

Dennis A. Meloro (No. 4435)
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
The Nemours Building
Wilmington, DE 19801