# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **NORTHWESTERN CORPORATION,** | ) | Bankruptcy Case No. 03-12872 (KJC) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| **NORTHWESTERN CORPORATION,** | ) | Civ. Action No. 05-444 (JJF) |
| | ) | |
| Appellant, | ) | |
| | ) | **Related to:** _____ |
| v. | ) | |
| | ) | |
| **LESTER E. AMMONDSON,** *et al.,* | ) | |
| | ) | |
| Appellees. | ) | |

## ORDER DISMISSING APPELLANT'S APPEAL

This matter having come before the Court on the motion of appellant and reorganized debtor NorthWestern Corporation for an Order dismissing its Appeal (the "Motion"), after consideration of the *Retirees' Response In Limited Opposition To The Appellant Northwestern Corporation's Motion For Order Dismissing The Appeal,* and after due deliberation and for good cause shown:

**The Court Hereby Finds That:**

For the reasons set forth in the Motion, Appellant's appeal has been rendered moot, requiring dismissal of its appeal.

**NOW, THEREFORE, IT IS HEREBY**

**ORDERED**, that Appellant's Motion to Dismiss its Appeal is GRANTED; and it is further

**ORDERED**, that any award of fees or costs with respect to this appeal shall be determined in the parties' pending action in the Montana Second Judicial District Court for the County of Silver Bow.

Dated _____, 2006
Wilmington, Delaware

_____
The Honorable Joseph J. Farnan
United States District Court Judge