IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| NORTHWESTERN CORPORATION, : | |
| : | Case No. 03-12872 (KJC) |
| Reorganized Debtor. : | |
| : | |
| NORTHWESTERN CORPORATION, : | Case No. 05-CV-00444-JJF |
| : | |
| Appellant, : | |
| v. : | |
| LESTER E. AMMONDSON, CATHERINE : | |
| COUTURE (AS SURVIVING SPOUSE OF : | |
| JAMES W. COUTURE), SHERWOOD : | |
| CHRISTENSEN, W. STEPHEN DEE, CHARLES : | |
| GILDER, JOHN A. LAHR, EDMOND MAGONE, : | |
| ELMER MELDAHL, JOHN S. MILLER, ROGER : | |
| L. RAWLS, C. DANIEL REGAN, ALLEN T. : | |
| SMITH, GEORGE A. THORSON, JOHN B. VAN : | |
| GELDER, AND WILHELMUS C. VERBAEL, : | |
| : | |
| Appellee. : | |

### ORDER DISMISSING APPELLANT'S APPEAL

This matter having come before the Court on the motion of appellant and reorganized debtor NorthWestern Corporation for an Order Dismissing its Appeal (the "Motion"), after due deliberation and for good cause shown:

**The Court Hereby Finds That:**

For the reasons set forth in the Motion, that Appellant's appeal has been rendered moot requiring dismissal of its appeal.

**NOW, THEREFORE, IT IS HEREBY:**

**ORDERED**, that Appellant's Motion to Dismiss its Appeal is GRANTED; and it is further

**ORDERED**, that each party will bear their own fees and costs on appeal, except to the extent that the Montana court orders otherwise under state law.

Dated SEPT. 29 2006
Wilmington, Delaware

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court Judge